United States District Court
Northern District of California

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   PHIGENIX, INC.,
              Plaintiff,                    Case No.   15-cv-01238-JCS
8
9       v.                                  **REASSIGNMENT ORDER**

10  GENENTECH INC,
              Defendant.
11
12
13  GOOD CAUSE APPEARING THEREFOR,
14      IT IS ORDERED that this case is reassigned to the **Honorable Beth Labson Freeman** in
15  **San Jose division** for all further proceedings. Counsel are instructed that all future filings shall
16  bear the **initials BLF** immediately after the case number. All dates presently scheduled are
17  vacated and motions should be renoticed for hearing before the judge to whom the case has been
18  reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil
19  L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation
20  shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall
21  proceed in accordance with Fed. R. Civ. P. 72(b).
22      .
23  Dated: 4/13/2015

                                            FOR THE EXECUTIVE COMMITTEE:

                                            _____
                                            Richard W. Wieking
                                            Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.