UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PHIGENIX, INC.,

    Plaintiff,

v.

GENENTECH INC,

    Defendant.

Case No.  15-cv-01238-BLF

**CASE MANAGEMENT ORDER**

On June 25, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Statement | 04/07/2016 |
| Further Case Management Conference | 04/14/2016 at 11:00 am |
| Claims Construction Tutorial | 02/26/2016 at 9:00 am |
| Claims Construction Hearing | 03/04/2016 at 9:00 am |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5     IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed order regarding deadlines to Claims Construction.

8  Dated:  June 25, 2015

                                                                                      BETH LABSON FREEMAN
                                                                                      United States District Judge