Robert A. Gutkin (SBN#119781)
**ANDREWS KURTH LLP**
1350 I Street, NW
Suite 1100
Washington, DC 20005
Tel: 202.662.2700
Fax: 202.662.2739
robertgutkin@andrewskurth.com

Edward Vincent King , Jr. (SBN# 085726)
**KING & KELLEHER, LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-781-2888
Fax: 415-781-3011
Email: evking@kingandkelleher.com

Attorneys for Plaintiff
PHIGENIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIGENIX, INC.,<br><br>　　　　　　Plaintiff,<br>　v.<br>GENENTECH, INC.,<br><br>　　　　　　Defendant. | Case No. C 15-01238 BLF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL PAUL E. WEATHINGTON AND ORDER PERMITTING WITHDRAWAL**<br><br>Judge:　Honorable Beth Labson Freeman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Paul E. Weathington is hereby withdrawn as attorney of record for Plaintiff PHIGENIX, INC. in this action. The ground for withdrawal is that the above-captioned case has been transferred from the Northern District of Georgia to the Northern District of California, and Mr. Weathington's firm, Weathington Smith, P.C. (Atlanta, GA), will no longer represent Plaintiff as local counsel. Counsel of record for Plaintiff otherwise remains the same.

Dated: June 29, 2015

By: _____
Robert A. Gutkin
**ANDREWS KURTH LLP**
1350 I Street, NW
Suite 1100
Washington, DC 20005
Tel: 202.662.2700
Fax: 202.662.2739

Attorney for Plaintiff Phigenix, Inc.

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER
CASE NO. C 15-01238 BLF

1

**SO ORDERED,**

Dated: June 30, 2015

/s/ Beth Labson Freeman
Honorable Beth Labson Freeman
United States District Court Judge