MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
GENENTECH, INC.

ROBERT A. GUTKIN (CA SBN 119781)
robertgutkin@andrewskurth.com
DR. JOHN MURRAY (*pro hac vice*)
johnmurray@andrewskurth.com
ANDREWS KURTH LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
Tel: 202.662.2700
Fax: 202.662.2739

GREGORY L. PORTER (*pro hac vice*)
GregPorter@andrewskurth.com
ANDREWS KURTH LLP
Suite 4200
600 Travis
Houston, TX 77002
Tel: 713-220-4621
Fax: 713-238-7169

EDWARD VINCENT KING, JR.
(CA SBN 85726)
evking@kingandkelleher.com
KING & KELLEHER, LLP
500 Washington St.
Suite 475
San Francisco, CA 94111
Tel: 415-781-2888
Fax: 415-781-3011

Attorneys for Plaintiff
PHIGENIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIGENIX, INC., | Case No. C 15-01238 BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR CLAIM CONSTRUCTION** |
| v. | |
| GENENTECH, INC., | |
| Defendant. | |

Plaintiff Phigenix, Inc. and Defendant Genentech, Inc., by and through their respective counsel, stipulate to and respectfully request that the Court order the following schedule relating to claim construction:

WHEREAS, the Court ordered in its Case Management Order dated June 25, 2015, that a Claims Construction Tutorial shall be held on February 26, 2016 at 9:00 am, and a Claims Construction Hearing shall be held on March 4, 2016 at 9:00 am (Doc. No. 110 at 1);

WHEREAS, the Court further ordered that the parties "meet, confer, and file a stipulated proposed order regarding deadlines to Claims Construction" (*id.* at 2);

WHEREAS, on February 23, 2015, while this case was before the United States District Court for the Northern District of Georgia, the parties filed a Joint Claim Construction Statement pursuant to that court's Local Patent Rule 6.3 (Doc. No. 61);

WHEREAS, the parties agree that the Joint Claim Construction Statement (Dkt. No. 61) shall be deemed to have been filed pursuant to this Court's Patent L.R. 4-3;

WHEREAS, the parties agree that, with respect to claim construction, the only deadlines remaining to be scheduled are for the completion of claim construction discovery and the briefs and evidence required by Patent L.R. 4-5; and

WHEREAS, the parties are not seeking to modify any deadline already set by the Court, and the requested deadlines should not have any material effect on the case schedule.

NOW THEREFORE, the Parties hereby stipulate to and request that the Court order the following schedule relating to claim construction:

| EVENT | DATE OR DEADLINE |
|---|---|
| Completion of Claim Construction Discovery | 11/23/2015 |
| Opening Claim Construction Brief | 12/11/2015 |
| Responsive Claim Construction Brief | 1/15/2016 |
| Reply Claim Construction Brief | 2/5/2016 |
| Claim Construction Tutorial | 2/26/2016 |
| Claim Construction Hearing | 3/4/2016 |

**IT IS SO STIPULATED.**

Dated: July 30, 2015                           MORRISON & FOERSTER LLP

                                               By: */s/ Michael A. Jacobs*
                                                   MICHAEL A. JACOBS

                                               Attorneys for Defendant
                                               GENENTECH, INC.

                                               ANDREWS KURTH LLP

                                               By: */s/ Robert A. Gutkin*
                                                   ROBERT A. GUTKIN

                                               Attorneys for Plaintiff
                                               PHIGENIX, INC.

      Pursuant to stipulation,

      **IT IS SO ORDERED.**

Dated:_____          _____
                                               Honorable Beth Labson Freeman

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Regarding the Schedule for Claim Construction.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert A. Gutkin has concurred in this filing.

Dated:  July 30, 2015                     /s/ Michael A. Jacobs
                                                      Michael A. Jacobs