# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PHIGENIX, INC.,

    Plaintiff,

v.

GENENTECH INC,

    Defendant.

Case No.  15-cv-01238-BLF

**ORDER RESCHEDULING CLAIM CONSTRUCTION**

Due to conflict in the Court's calendar, the Court reschedules the parties' claim construction tutorial to July 1, 2016 at 9:00 a.m. and the parties' claim construction hearing to July 8, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge