Robert A. Gutkin (SBN 119781)
Dr. John Murray (Pro Hac Vice)
ANDREWS KURTH KENYON, LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
Tel: 202.662.2700
Fax: 202.662.2739
robertgutkin@andrewskurth.com

Paul D. Ackerman (Pro Hac Vice)
ANDREWS KURTH KENYON, LLP
450 Lexington Avenue
New York, NY 10017
212-850-2858
Fax: 212-813-8148
Email: paulackerman@andrewskurth.com

Gregory L. Porter (Pro Hac Vice)
ANDREWS KURTH KENYON, LLP
600 Travis, Suite 4200
Houston, TX 77002
Tel: 713.220.4200
Fax: 713.220.4285
gregporter@andrewskurth.com

Edward Vincent King, Jr. (SBN 85726)
KING & KELLEHER, LLP
170 Columbus Ave., 5th Floor
San Francisco, CA 94133
Phone: 415.781.2888
Fax: 415.781.3011
evking@kingandkelleher.com

Attorneys for Plaintiff
PHIGENIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIGENIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC., <br><br> Defendant. | Case No. C 15-01238 BLF-NMC <br><br> **PHIGENIX, INC.'S STATEMENT RE ORDER ON DISCOVERY BRIEF; DISCOVERY ORDER** <br><br> Judges: Honorable Beth Labson Freeman; Honorable Nathanael M. Cousins |

## Discovery Order

This Order is issued pursuant to the Court's Order on Discovery Brief, November 23, 2016, docket number 295 ("Order").

1.  As to the first issue presented in the Order, the parties have advised the Court that MUSC-FRD has asserted the privilege over documents identified as document nos. 5, 6, 8, 9 and 22 on the Andrews Kurth privilege log. The parties and MUSC-FRD disagree whether MUSC-FRD's assertion of privilege is timely and, if so, whether any potentially applicable privilege was waived through MUSC-FRD's disclosure of the documents to Phigenix.

In addition, Genentech now argues that the Court's November 23 Order should also apply to documents on the Andrews Kurth Privilege Log beyond those earlier sought in Genentech's motion, and that such additional documents should be produced as well unless MUSC-FRD asserts that a privilege attaches. Phigenix disagrees that Genentech's belated argument regarding documents not addressed in its original motion is timely or that the court's reasoning underpinning the Order is applicable to documents on which Dr. Donald was a party to the communication in question.

The parties and, if it wishes, MUSC-FRD, shall submit simultaneous briefs to the Court on December 14 on these questions. The briefs shall be no more than 5 pages in length, double-spaced. After receipt of the briefs referred to above, the Court shall rule on the papers or set a hearing.

2.  As to the second issue, pursuant to the Order, Phigenix has presented Genentech with a proffer of Dr. Wang's expected testimony. Genentech now agrees that scope of Dr. Wang's testimony set forth in the proffer does not result in a waiver of attorney-client privilege, either

express or implied.  Accordingly, Genentech's motion seeking a waiver of privilege (Dkt. No. 280) is DENIED as moot.

Dated: December 7, 2016



_____
Hon. Nath
Unite

GRANTED
Judge Nathanael M. Cousins