MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MATTHEW M. D'AMORE *(pro hac vice)*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIGENIX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GENENTECH, INC.,<br><br>        Defendant. | Case No. C 15-01238 BLF<br><br>**DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF GENENTECH'S OPPOSITION TO PHIGENIX'S MOTION TO EXCLUDE TESTIMONY OF GENENTECH'S EXPERT WITNESSES GREGORY DRESSLER, MARK S. ROBBINS AND GREGORY K. BELL**<br><br>Date: August 31, 2017<br>Time: 1:30 pm<br>Ctrm: Courtroom 3 – 5th floor |

I, Matthew I. Kreeger, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel for Defendant Genentech, Inc. ("Genentech") in this action. I am licensed to practice law in the Northern District of California. I have personal knowledge of the facts stated herein and could testify competently to them if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Mark S. Robbins Ph.D., J.D. Regarding Phigenix's Alleged Hypothetical Negotiation, dated April 3, 2017. **(Filed under seal.)**

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Mark S. Robbins Ph.D., J.D., dated June 1, 2017.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Joseph Wyse, dated May 26, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of the Expert Report of Gregory K. Bell, Ph.D., dated April 3, 2017. **(Filed under seal.)**

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the Deposition Transcript of Gregory K. Bell, Ph.D., dated June 6, 2017. **(Filed under seal.)**

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of ImmunoGen, Inc.'s Annual Report, filed August 29, 2013 for the period ending June 30, 2013.

8. Attached as **Exhibit 7** is a true and correct copy of Exhibit 1206 to the Expert Report of Dr. Joseph Wyse.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed this 7th day of August, 2017 at San Francisco, California.

*/s/ Matthew I. Kreeger*
Matthew I. Kreeger

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Matthew I. Kreeger has concurred in this filing.

Dated: August 7, 2017

/s/ *Michael A. Jacobs*
Michael A. Jacobs