# Exhibit 3

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3                SAN JOSE DIVISION
 4
 5    PHIGENIX, INC.,            )
                      Plaintiff, )
 6                               )
            vs.                  )
 7                               ) Case No.
      GENENTECH, INC.,           ) C15-01238
 8              Defendant.       ) BLF-NMC
      _____    )
 9
10
11
12        DEPOSITION OF DR. JOSEPH WYSE
13              New York, New York
14              Friday, May 26, 2017
15
16
17
18
19   Reported By:
20   CATHI IRISH, RPR, CRR, CLVS, CCR
21
22
23
24
25
                                            Page 1
```

```
 1   development role and began managing the
 2   patent portfolio and licensing activities
 3   for the company.
 4        Q.   Was this at Aronex
 5   Pharmaceuticals?                                    09:20:57
 6        A.   It was.
 7        Q.   And you were involved in some
 8   licensing activities for Aronex?
 9        A.   I was.
10        Q.   Had you done licensing work prior  09:21:03
11   to that?
12        A.   No.
13        Q.   Your licensing for Aronex, was it
14   in-licensing or out-licensing?
15             MR. ACKERMAN:   Objection.               09:21:13
16             THE WITNESS:    I don't recall the
17        specifics.
18   BY MR. D'AMORE:
19        Q.   Turning then to your work at
20   PricewaterhouseCoopers, what work did you           09:21:22
21   do -- let's do generally speaking with
22   respect to IP valuation?
23        A.   I worked on -- I don't remember
24   the specifics of any particular case in
25   any detail, but I worked closely with a             09:21:42
```

Page 20

1  partner in the valuation practice who was
2  based out of Boston and we worked on a
3  number of both valuing technologies for
4  potential license or sale as well as
5  working on valuating technologies and the          09:22:00
6  value of technologies within companies or
7  whole companies.
8      Q.   Did you work on any products
9  involving monoclonal antibodies?
10     A.   Not that I recall.                        09:22:16
11     Q.   In addition to that work, did you
12 also -- were you also involved at all in
13 license negotiations at PwC?
14     A.   I was involved in negotiations.
15 Related to intellectual property, I don't          09:22:44
16 recall a specific license and negotiation.
17     Q.   What other kinds of IP
18 negotiations were you involved in?
19     A.   We were negotiating sale of
20 royalties.                                         09:23:01
21     Q.   If you look at your CV on page 3.
22     A.   Uh-huh.
23     Q.   There are -- there's a heading
24 that says Examples of Consulting and
25 Corporate Experience.                              09:23:28

Page 21

```
 1                  C E R T I F I C A T E
 2    STATE OF NEW YORK      )
 3                           : ss.
 4    COUNTY OF NASSAU       )
 5
 6         I, CATHI IRISH, a Registered
 7    Professional Reporter, Certified Realtime
 8    Reporter, and Notary Public within and for
 9    the State of New York, do hereby certify:
10         That DR. JOSEPH WYSE, the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that such
13    deposition is a true record of the
14    testimony given by the witness.
15         I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I am
18    in no way interested in the outcome of
19    this matter.
20         IN WITNESS WHEREOF, I have hereunto
21    set my hand this 8th day of June, 2017.
22
23                    [signature]
24
25       CATHI IRISH, RPR, CRR, CLVS, CCR
```

Page 321