1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

| | |
|---|---|
| PHIGENIX, INC., | Case No.   C 15-01238 BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING GENENTECH, INC.'S MOTION TO JOIN DR. CARLTON DONALD UNDER FED. R. CIV. P. 19** |
| v. | |
| GENENTECH, INC., | |
| Defendant. | |

Having considered the papers submitted by the parties, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Genentech's Motion to Join Dr. Carlton Donald Under Rule 19 is GRANTED, such that Dr. Donald may be held jointly and severally liable for any fees awarded to Genentech.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. BETH LABSON FREEMAN
United States District Judge