MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIGENIX, INC.,<br><br>                        Plaintiff,<br><br>            v.<br><br>GENENTECH, INC.,<br><br>                        Defendant. | Case No.   C 15-01238 BLF<br><br>**DECLARATION OF MATTHEW A. CHIVVIS IN SUPPORT OF DEFENDANT GENENTECH, INC.'S MOTION TO JOIN CARLTON DONALD UNDER FED. R. CIV. P. 19**<br><br>Date:   December 7, 2017<br>Time:   9:00 a.m.<br>Ctrm:    Courtroom 3 – 5th Floor |

I, Matthew A. Chivvis, declare as follows:

1. I am a partner with the law firm Morrison & Foerster LLP, counsel for Genentech, Inc. in the above-captioned action. I am licensed to practice law in the State of California and admitted in this District. I submit this declaration in support of Genentech's Motion to Join Carlton Donald Under Federal Rule of Civil Procedure 19. I have personal knowledge of the matters stated herein or am informed of the matters from a member of Morrison & Foerster LLP's litigation team. If called as a witness, I could and would testify competently about the matters stated herein.

2. Genentech made a good faith effort to meet and confer with Phigenix and Dr. Donald concerning Genentech's motion for a finding of exceptional case and award of attorney fees. I requested a meet and confer through Phigenix's former counsel at Andrews Kurth. Counsel forwarded the request to Dr. Donald. Dr. Donald communicated that he received the message and had recently retained new counsel. He further stated that new counsel would seek to meet and confer with us about the motion, but that did not occur by the filing deadline under Rule 54.

3. Attached as **Exhibit 1** is an excerpt of a true and correct copy of the deposition of Dr. Carlton Donald, taken on December 2, 2016.

4. Attached as **Exhibit 2** is an excerpt of a true and correct copy of the 30(b)(6) deposition of Dr. Carlton Donald, taken on August 4, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September 2017 at San Francisco, California.

*/s/ Matthew A. Chivvis*
Matthew A. Chivvis

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Matthew A. Chivvis concurs in this filing.

Dated: September 6, 2017            /s/  Michael A. Jacobs
                                            MICHAEL A. JACOBS