# Exhibit 1

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
 3    PHIGENIX, INC.,                )
                                     )
 4            Plaintiff,             )
                                     ) CASE NO.
 5            vs.                    )
                                     ) C 15-01238 BLF
 6    GENENTECH, INC.,               )
                                     )
 7            Defendant.             )
 8
 9                      - - -
10              VIDEOTAPED DEPOSITION OF
11            CARLTON DEWITT DONALD, PH.D.
12
                   December 2, 2016
13
                      8:32 a.m.
14
15                   Suite 1400
              1075 Peachtree Street, NE
16               Atlanta, Georgia
17
18       Pamela L. Porter, RPR, CCR-B-2160
19                      - - -
20
21
22
23
24
25
                                              Page 1
```

```
 1                 THE VIDEOGRAPHER:  Off the record at 1:38.
 2                 (Deposition in recess, 1:39 p.m. to
 3        1:46 p.m.)
 4                 THE VIDEOGRAPHER:  Back on the record at
 5        1:46.
 6        Q.    (By Mr. Jacobs)  We talked about
 7   fundraising you did through some point in 2011.  After
 8   that point, did you do additional fundraising?
 9        A.    Yes.
10        Q.    How much did you raise after that?
11        A.    I can -- the first round of fundraising
12   was just over $3 million.  Since then, maybe another
13   million and a half.  But numbers may not be perfect,
14   but that's pretty close.
15        Q.    We discussed earlier an offering circular
16   you used for the initial round of fundraising?
17        A.    Yes.
18        Q.    Did you create additional or modified
19   versions of that original circular?
20        A.    Yes.
21        Q.    How many versions of fundraising offering
22   documents have you created?
23        A.    I think it's two distinct ones that we
24   prepared.
25        Q.    ==Are you funding -- is that fundraising the==
```

Page 180

```
 1    source of funds for the litigation?
 2         A.    Some, mostly, yeah.
 3         Q.    What are the other sources of funding?
 4         A.    Some moneys that I put in myself.
 5         Q.    Is the law firm handling this case on a
 6    contingency arrangement?
 7               MR. ACKERMAN:  Objection.  Instruct the
 8         witness not to answer.
 9         Q.    (By Mr. Jacobs)  Is the law firm investing
10    resources in the case on its own dime?
11               MR. ACKERMAN:  Instruct the witness not to
12         answer.
13         Q.    (By Mr. Jacobs)  Are you going to follow
14    counsel's instruction?
15         A.    Yes.
16         Q.    Returning to the patent that's buried in
17    the stack.  If you look at Example 2, that's the --
18    starting on Column 30.
19         A.    Okay.
20         Q.    Is the content of Example 2 drawn from
21    the -- one of the Bose references we were discussing
22    earlier?
23               Exhibit -- do we have Exhibit 9 in front
24    of you from your deposition earlier, or -- I think
25    it's the one before that.  I think it's your previous
```

```
1        A.    No.
2        Q.    And so no offer was made to any of them
3   about what the royalty rate would be?
4        A.    No.  The only -- as I stated earlier, the
5   only royalty that was being crafted for an agreement
6   was with this one company based out of South Africa.
7        Q.    The diagnostics company?
8        A.    The diagnostic.  But nothing on the
9   therapeutic.
10       Q.    And on the diagnostics front, the -- did
11  the agreement reach the stage of a communication
12  regarding royalty rates?
13       A.    Well, in the -- we started passing a draft
14  of a potential license agreement disclosing soft
15  royalties.  That's about as far as it went.
16       Q.    And what was the royalty rate that was
17  implied?
18       A.    I can't remember.  I knew -- I know it
19  was -- there was three separate agreements.  That's
20  why it's kind of hard to remember everything.  And I
21  knew in one of them -- I think in all of them it may
22  have had a tiered royalty rate.  Exactly what those
23  numbers are, I can't remember.
24       Q.    In conjunction with your approach in 2013
25  to Genentech, did you have internal discussions about
```

```
 1   the terms you were prepared to offer Genentech for a
 2   license?
 3           A.    Not at that time, no.
 4           Q.    And in the entire life of Phigenix, is the
 5   commercialization of a -- of any kind of technology
 6   arising out of Phigenix that got the furthest the
 7   discussion with the South African company?
 8           A.    I'm sorry.  Could you repeat it?
 9                 MR. ACKERMAN:  Objection.
10           Q.    (By Mr. Jacobs)  Yeah.  I'm talking about
11   your commercialization activities.
12           A.    Yes.
13           Q.    And you talked about how you had phase one
14   and phase two.
15           A.    Yes.
16           Q.    But we've also talked about the efforts to
17   engage in relationships with a diagnostic company.
18           A.    Correct.
19           Q.    And my question is:  Is that as far as you
20   got with any of your technology by way of
21   commercialization?
22           A.    Yes, that would be the furthest we've
23   gotten.
24           Q.    And aside from that effort of
25   commercialization and -- what other efforts have you
```

```
 1                THE WITNESS:  I do not.  I would only base
 2          that on, perhaps, comparables of other
 3          early-stage companies with similar technology
 4          and license agreements that were formulated --
 5          or as far as value, the acquisition price that's
 6          publicly available between company A and company
 7          B and of what company A paid for company B.  But
 8          other than that, I don't have a precise
 9          valuation for Phigenix.
10          Q.    (By Mr. Jacobs)  How many shareholders
11    does Phigenix now have?
12          A.    Approximately 95.
13          Q.    95?
14          A.    Yes.
15          Q.    Are they -- do they all have the same --
16    are all class of shares the same?
17          A.    All common shares, yes.
18          Q.    And who -- is there a single shareholder
19    with more than 50 percent ownership?
20          A.    Yes.
21          Q.    Is that you?
22          A.    Yes.
23          Q.    And who's next after you?
24          A.    I believe that's going to be the
25    university, FRD.
```

Page 237

```
 1                    C E R T I F I C A T E
 2    STATE OF GEORGIA:
 3    COUNTY OF FULTON:
 4
              I hereby certify that the foregoing
 5        transcript was taken down, as stated in the
          caption, and the colloquies, questions, and
 6        answers were reduced to typewriting under my
          direction; that the transcript is a true and
 7        correct record of the evidence given upon said
          proceeding.
 8            I further certify that I am not a relative
          or employee or attorney of any party, nor am I
 9        financially interested in the outcome of this
          action.
10            I have no relationship of interest in this
          matter which would disqualify me from
11        maintaining my obligation of impartiality in
          compliance with the Code of Professional Ethics.
12            I have no direct contract with any party
          in this action and my compensation is based
13        solely on the terms of my subcontractor
          agreement.
14            Nothing in the arrangements made for this
15        proceeding impacts my absolute commitment to
16        serve all parties as an impartial officer of the
          court.
17            This, the 8th day of December, 2016.
18
19                        PAMELA L. PORTER, CCR-B-2160
20
21
22
23
24
25
```

Page 253