# Exhibit 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4      PHIGENIX, INC.,

 5                Plaintiff,

 6                                CASE NO. C 15-01238 BLF

 7         vs.

 8      GENENTECH, INC.,

 9                Defendant.

10

11

12

13           VIDEOTAPED 30(b)(6) DEPOSITION OF

14             CARLTON DEWITT DONALD, PH.D.

15                  August 4, 2015

16                    9:02 a.m.

17               1075 Peachtree Street

18                    Suite 3625

19                  Atlanta, Georgia

20        Lee Ann Barnes, CCR-1852, RPR, CRR

21

22

23

24

25      PAGES 1 - 154
```

Page 1

1           Q.    (By Mr. Kreeger)  Dr. Donald, this is a

2      long document, but I'm really only going to ask you

3      about this exhibit on the second-to-last page.  It's

4      labeled Exhibit A.

5           A.    Yes.

6           Q.    This is a diagram that you included in a

7      letter you sent to Genentech?

8           A.    Yes.

9           Q.    What was the purpose of this diagram?

10               MR. GUTKIN:  Object to form.  In the letter

11          or in this -- I'm sorry, Counsel.

12          Q.    (By Mr. Kreeger)  Yes.  When you sent this

13     diagram to Genentech, what are you -- why did you put

14     that in your letter?

15               MR. GUTKIN:  Sorry.

16               MR. KREEGER:  Thank you.

17               THE WITNESS:  Back in June of 2013, I wrote

18          a letter to some individuals at Genentech

19          offering an opportunity to partner with

20          Phigenix.

21               I received a response from Mr. Jeffrey

22          Butler by telephone and he left me a message.  I

23          called him back.  This was a few days after then

24          receiving the information from me.

25               And we had a short call.  We talked about

                                        Page 118

1          my technology and he asked could I send him a

2          list of our patent family, as well as any

3          information that explained how the technology

4          actually works in relation to KADCYLA.

5               And so I prepared this diagram, although it

6          was very simple, it was something that I did

7          based on his -- his request, to give a general

8          overview of the binding of the antibody-drug

9          conjugate to the cell membrane, the endocytosis

10         of it, the eventual release of the -- of the

11         may- -- maytansine component, and then from

12         there the interaction with microtubules and its

13         ultimate impact on STAT3 and PAX2.

14         Q.    (By Mr. Kreeger)  Do you -- although you

15    prepared this in 2013, do you still consider it to be

16    an accurate description?

17         A.    We know a -- a bit more information about

18    the processing and the importance of endocytosis.  We

19    know additional information about other pathways that

20    may be impacted from interaction of -- of the

21    antibody with the receptor.  But in general, the --

22    the basic premise of the -- of the figure is -- is

23    pretty much the same.

24         Q.    Are there any inaccuracies, based on what

25    you know now?

Page 119

```
1                    C E R T I F I C A T E

2

3

      STATE OF GEORGIA:

4

      COUNTY OF FULTON:

5

6

      I hereby certify that the foregoing transcript was

7     taken down, as stated in the caption, and the

      questions and answers thereto were reduced to

8     typewriting under my direction; that the foregoing

      pages represent a true, complete, and correct

9     transcript of the evidence given upon said hearing,

      and I further certify that I am not of kin or counsel

10    to the parties in the case; am not in the regular

      employ of counsel for any of said parties; nor am I

11    in anywise interested in the result of said case.

12

13

14

15

16    LEE ANN BARNES, CCR B-1852, RPR, CRR

17

18

19

20

21

22

23

24

25
```

Page 153

1    I declare under penalty of perjury

2  under the laws that the foregoing is

3  true and correct.

4

5    Executed on _Sept. 11_____ , 20_15_,

6  at _____, _____.

7

8

9

10

11  _Carlton DeWitt Donald_

12    Carlton  DeWitt  Donald,  Ph.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  154

pg. 1 of 3

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | |
|------|------|---|
| 10 | 20 | Change: _it substituted for "this"_ |
| | | Reason: _____ |
| 15 | 3 | Change: _pre substituted for "free"_ |
| | | Reason: _____ |
| 16 | 11 | Change: _Assistant substituted for "Associate"_ |
| | | Reason: _____ |
| 25 | 14 | Change: _growth and survival substituted for "of the survivor"_ |
| | | Reason: _____ |

cont. (pg. 2 of 3)

| Page | Line | |
|------|------|--|
| | | **Change:** "with" substituted for "of" |
| 28 | 5 | **Reason:** _____ |
| | | **Change:** "kinase" substituted for "kind of" |
| 32 | 8 | **Reason:** _____ |
| | | **Change:** "growth and" substituted for "both in" |
| 34 | 12 | **Reason:** _____ |
| | | **Change:** "expression and" substituted for "expressional" |
| 43 | 9 | **Reason:** _____ |
| | | **Change:** "nuclear" substituted for "nucleus" |
| 52 | 7 | **Reason:** _____ |
| | | **Change:** "targeting" substituted for "touching" |
| 62 | 23 | **Reason:** _____ |
| | | **Change:** "levels" substituted for "level" |
| 66 | 12 | **Reason:** _____ |
| | | **Change:** _____ |

__✓__   Subject to the above changes, I certify that the transcript is true and correct.

_____   No changes have been made. I certify that the transcript is true and correct.

_____
Signature

__9-11-15__
Date

Cont. (pg. 3 of 3)

| Page | Line | |
|------|------|---|
| | | Change: "of cells" substituted for "size" |
| 69 | 10 | Reason: _____ |
| | | Change: "cell" substituted for "self" |
| 69 | 12 | Reason: _____ |
| | | Change: "effective" substituted for "attractive" |
| 74 | 2 | Reason: _____ |
| | | Change: "antibody" substituted for "antibiotic" |
| 81 | 15 | Reason: _____ |
| | | Change: "Knock" substituted for "mocked" |
| 88 | 3 | Reason: _____ |
| | | Change: "and" substituted for "in that" |
| 101 | 9 | Reason: _____ |
| | | Change: "mediated" substituted for "mediate in" |
| 103 | 4 | Reason: _____ |
| | | Change: _____ |

✓ _____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_____     9-11-15
Signature                                              Date