1  Alana C. Mannigé (CA SBN 313341)
   mannige@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Telephone: (650) 839-5070 | Facsimile: (650) 839-5071
4
   Attorneys for Plaintiff
5  PHIGENIX, INC. and THIRD-PARTY DR. CARLTON DONALD

6  Benjamin K. Thompson (*Pro Hac Vice*)
   thompson@fr.com
7  FISH & RICHARDSON P.C.
   1180 Peachtree Street, NE, 21st Floor
8  Atlanta, GA 30309
   Telephone: (404) 892-5005 | Facsimile: (404) 892-5002
9
   Matthew C. Berntsen (*Pro Hac Vice*)
10 berntsen@fr.com
   FISH & RICHARDSON P.C.
11 One Marina Park Drive
   Boston, MA 02210
12 Telephone: (617) 542-5070 | Facsimile: (617) 542-5906

13 Attorneys for Plaintiff
   PHIGENIX, INC.
14

15                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16                           (SAN JOSE DIVISION)

17 | PHIGENIX, INC., | Case No. 5:15-cv-01238-BLF |
18 | Plaintiff, | **DECLARATION OF ALANA C. MANNIGÉ IN SUPPORT OF PHIGENIX, INC.'S AND THIRD-PARTY DR. CARLTON DONALD'S OPPOSITION TO GENENTECH, INC.'S MOTION TO JOIN DR. CARLTON DONALD UNDER FED. R. CIV. P. 19** |
19 | v. | |
20 | GENENTECH, INC., | |
21 | Defendant. | |
22 | | DATE:     December 7, 2017
         TIME:     9:00 a.m.
23 |   | CTRM:     Courtroom 3 – 5th Floor |

24

25         I, Alana C. Mannigé, declare as follows:

26         1.     I am an associate at Fish & Richardson P.C., counsel for Plaintiff Phigenix, Inc.

27 and third-party Dr. Carlton Donald in the above-captioned action.  I am a member of the Bar of the

28

                                        1

1  State of California.  I have personal knowledge of the matters stated in this declaration and would
2  testify truthfully to them if called upon to do so.
3      2.  Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Aug. 4,
4  2015 deposition of Dr. Carlton Donald.
5      3.  Attached hereto as Exhibit B is a true and correct copy of an excerpt from the Dec. 2,
6  2016 deposition of Dr. Carlton Donald.
7      4.  Attached hereto as Exhibit C is a true and correct copy of the declaration of Dr. Carlton
8  Donald dated October 4, 2017.
9      I declare under penalty of perjury under the laws of the United States that the foregoing is
10  true and correct.  Executed at Redwood City, California this 4th day of October, 2017.

*/s/ Alana C. Mannigé*
Alana C. Mannigé