# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   PHIGENIX, INC.,

 5             Plaintiff,

 6                           CASE NO. C 15-01238 BLF

 7      vs.

 8   GENENTECH, INC.,

 9             Defendant.

10

11

12

13            VIDEOTAPED 30(b)(6) DEPOSITION OF

14             CARLTON DEWITT DONALD, PH.D.

15                   August 4, 2015

16                     9:02 a.m.

17               1075 Peachtree Street

18                    Suite 3625

19                  Atlanta, Georgia

20         Lee Ann Barnes, CCR-1852, RPR, CRR

21

22

23

24

25   PAGES 1 - 154
```

Page 1

1  APPEARANCES OF COUNSEL:
2
3  On behalf of the Plaintiff:
4      ANDREWS KURTH LLP
       ROBERT A. GUTKIN, ESQ.
5      MICHAEL XUEHAI YE, PH.D.
       1350 I Street, NW
6      Suite 1100
       Washington, D.C.  20005
7      202.662.3008
       202.662.2739 (facsimile)
8      robertgutkin@andrewskurth.com
       michaelye@andrewskurth.com
9
       ANDREWS KURTH LLP
10     GREG L. PORTER, ESQ.
       600 Travis Street
11     Suite 4200
       Houston, Texas  77002
12     713.220.4621
       713.238.7169 (facsimile)
13
14  On behalf of the Defendant:
15     MORRISON FOERSTER
       MATTHEW KREEGER, ESQ.
16     KATHLEEN E. FITZPATRICK, PH.D.
       425 Market Street
17     San Francisco, California  94105-2482
       415.268.7000
18     415.268.7522 (facsimile)
       mkreeger@mofo.com
19     kathleenfitzpatrick@mofo.com
20
21
       Also Present:
22     Spencer Bush, Videographer
23
24
25
                                          Page 2

1  INDEX TO EXHIBITS
2  Defendant's
       Exhibit      Description      Page
3
   Exhibit 1  Curriculum Vitae of Carlton   10
4      DeWitt Donald, Ph.D.
5  Exhibit 2  (Revised) Supplemental        18
       Disclosure of Infringement
6      Contentions
7  Exhibit 3  "Angiotensin II Up-Regulates  23
       PAX2 Oncogene Expression and
8      Activity in Prostate Cancer
       Via the Angiotensin II Type
9      I Receptor," by Sudeep K.
       Bose, et al.
10
   Exhibit 4  "Microtubule-Targeted         28
11     Chemotherapeutic Agents
       Inhibit Signal Transducer
12     and Activator of
       Transcription 3 (STAT3)
13     Signaling," by Sarah R.
       Walker, et al.
14
   Exhibit 5  "STAT3 Inhibition by          28
15     Microtubule-Targeted Drugs:
       Dual Molecular Effects of
16     Chemotherapeutic Agents," by
       Sarah R. Walker, et al.
17
   Exhibit 6  "Maytansine Binding to the    98
18     Vinblastine Sites of
       Tubulin," by B.
19     Bhattacharyya and J. Wolff
20  Exhibit 7  "Antibody-DM1 Conjugates as  98
       Cancer Therapeutics," by
21     Manu Lopus
22  Exhibit 8  "Functional Analysis of the  101
       Host Defense Peptide Human
23     Beta Defensin-1: New Insight
       into Its Potential Role in
24     Cancer," by Rebecca S.
       Bullard, et al.
25
                                          Page 4

1      INDEX OF EXAMINATION
2  WITNESS:  CARLTON DEWITT DONALD, PH.D.
3  EXAMINATION                     PAGE
       By Mr. Kreeger              7
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 3

1  INDEX TO EXHIBITS
2  Defendant's
       Exhibit      Description      Page
3
   Exhibit 9  "PAX2 Oncogene Negatively     101
4      Regulates the Expression of
       the Host Defense Peptide
5      Human Beta Defensin-1 in
       Prostate Cancer," by Sudeep
6      K. Bose, et al.
7  Exhibit 10  Defendant Genentech, Inc.'s  117
       Notice of Deposition of
8      Phigenix, Inc. Pursuant to
       Rule 30(b)(6) and Requests
9      for Production (Set Two) to
       Phigenix, Inc.
10
   Exhibit 11  Phigenix, Inc.'s Objections  139
11     and Response to Defendant
       Genentech, Inc.'s Requests
12     for Admission (Set One) to
       Phigenix, Inc.
13
   Exhibit 12  Laboratory Notebook          146
14
   Exhibit 13  2/5/07 Letter from Carlton   149
15     D. Donald, Ph.D. to Rebecca
       Bullard
16
17
18
19
20
21
22
23
24
25
                                          Page 5

                                          2 (Pages 2 - 5)

1    Deposition of CARLTON DEWITT DONALD, PH.D.
            August 4, 2015
2
3         (Reporter disclosure made pursuant to
4    Article 8.B of the Rules and Regulations of the
5    Board of Court Reporting of the Judicial Council
6    of Georgia.)
7
8         VIDEOGRAPHER:  This is the beginning of the
9    videotaped deposition of Dr. Carlton Donald.
10   Today's date is August 4, 2015, and the time on
11   the video record is 9:02 a.m.
12        Would counsel please identify themselves
13   for the record.
14        MR. KREEGER:  Sure.  This is Matthew
15   Kreeger from Morrison & Foerster.  With me is
16   Kathleen Fitzpatrick, also from Morrison &
17   Foerster, and on the line from Genentech is
18   David Wildman.
19        MR. GUTKIN:  And Bob Gutkin from Andrews
20   Kurth.  With me is Greg Porter, also from
21   Andrews Kurth, and Michael Ye from Andrews
22   Kurth.
23        VIDEOGRAPHER:  And will the court reporter
24   please swear in the witness.
25        (Whereupon, the witness was sworn.)

Page 6

1    Q.  I'm going to do my best to let you finish
2    my answer before I ask another question.  I'd ask
3    that you give me a chance to finish my question
4    before you give an answer, even though it seems clear
5    where I'm headed.
6         Understood?
7    A.  Understood.
8    Q.  There may be oppor- -- occasions in which
9    counsel objects to a question.  And we don't have a
10   judge here to adjudicate that, so the procedure here
11   is if there's an objection, after the objection's
12   over, do your best to answer the question anyway.
13        But, again, if the question is in some way
14   unclear to you, please let me know and I'll clarify
15   it.  Otherwise, I'm going to assume you understood
16   the question; all right?
17   A.  (Witness nodded head affirmatively.)
18   Q.  There's going to be a transcript made of
19   questions and answers today.  You'll have a chance to
20   review that for accuracy.  You can make changes if
21   you think they're appropriate.
22   A.  Okay.
23   Q.  Of course, I'll get a chance to ask you to
24   comment on those changes if you do make some.
25   A.  Okay.

Page 8

1    MR. KREEGER:  All right.  Just one
2    correction for the record.  This is actually a
3    deposition of Phigenix via 30(b)(6).  Dr. Donald
4    is the representative for Phigenix.
5    CARLTON DEWITT DONALD, PH.D., having been first
6    duly sworn, was examined and testified as follows:
7    EXAMINATION
8    BY-MR. KREEGER:
9    Q.  Good morning, Doctor.
10   A.  Good morning.
11   Q.  I know we were introduced off the record.
12   My name is Matthew Kreeger and I represent Genentech
13   in this matter, and I'm going to be here to take your
14   deposition.
15        I'm going to do my best to try to ask you
16   clear questions.  If at any time I ask you a question
17   that is unclear -- it's possible because I'm not a
18   scientist -- please let me know and I'll do my best
19   to clarify it.
20        Do you understand?
21   A.  (Witness nodded head affirmatively.)
22   Q.  The court reporter can only take down
23   verbal answers, so it's important that you give an
24   affirmative verbal response.
25   A.  Sure.

Page 7

1    Q.  You understand you're under oath and you're
2    serving as the representative of Phigenix in this
3    deposition?
4    A.  Understood.
5    Q.  Do you have any questions about what we're
6    here to do today?
7    A.  No questions.
8    Q.  Any reason you can't offer truthful
9    testimony today?
10   A.  No reason.
11        (Thereupon, there was an interruption in
12   the proceedings.)
13        MR. KREEGER:  Do you want to go off the
14   record for a moment?
15        MR. GUTKIN:  Yeah.
16        VIDEOGRAPHER:  Going off the record at
17   9:04 a.m.
18        (Thereupon, there was an interruption in
19   the proceedings.)
20        VIDEOGRAPHER:  We are back on the record at
21   9:06 a.m.
22   Q.  (By Mr. Kreeger)  All right.  Dr. Donald,
23   have you given a deposition before today?
24   A.  I have not.
25   Q.  Have you ever testified at a trial?

Page 9

3 (Pages 6 - 9)

1    A.  No, I have not.
2    Q.  Let's start with your CV.
3        MR. KREEGER:  Can you mark this as
4    Exhibit 1, please.
5        (Defendant's Exhibit 1 was marked for
6    identification.)
7    Q.  (By Mr. Kreeger)  Dr. Donald, the court
8    reporter's handed you an exhibit which has been
9    marked as Exhibit 1, which is a document produced by
10   Phigenix which appears to be your CV.
11       Is this, in fact, your CV?
12   A.  That's correct.
13   Q.  And is it accurate, at least as of, I
14   guess, May 2015?
15   A.  Give me a second to verify that.
16   Q.  Please.
17   A.  It appears correct.
18   Q.  Any -- any revisions you'd make to it as of
19   today?
20   A.  I have not revised this since May.
21   Q.  Okay.  And your current position is
22   president and chief executive officer of Phigenix?
23   A.  That's correct.
24   Q.  And how long have you held that position?
25   A.  Since February of 2008.

Page 10

1    Q.  Have you held any other position at
2    Phigenix besides that?
3    A.  Prior, when the company was founded, I had
4    a temporary CEO and I served as chief scientific
5    officer.
6    Q.  What are your duties as president and chief
7    executive officer of Phigenix?
8    A.  Duties, in general, include day-to-day
9    running of the company, interacting with
10   shareholders, interacting with our patent counsel,
11   interacting with our corporate counsel.
12       Other day-to-day activities may also
13   include just budgetary discussions and planning of --
14   of various activities relative to our own research
15   and development plans, as well.
16   Q.  And how many employees does Phigenix have?
17   A.  Currently, we have two full-time employees.
18   Q.  Yourself and one other?
19   A.  That's correct.
20   Q.  And who is the other employee?
21   A.  The other person is my wife, Wennifer
22   Donald.
23   Q.  And what is her position?
24   A.  Her position is chief operations officer
25   and vice-president.

Page 11

1        We also have a board of directors and -- as
2    well as a scientific advisory board.
3    Q.  How many other employees has Phigenix
4    had -- had during its existence?
5    A.  We've had upwards of two part-time
6    employees and we also work through an executive
7    suite, some shared administrative help, for
8    additional individuals.
9    Q.  Besides the administrative help, who are
10   the other employees that Phigenix has had?
11   A.  That -- that's about it.
12   Q.  So other than administrative staff, it's
13   just you and your wife --
14   A.  That's correct.
15   Q.  -- that have been employees?
16       Who is on the board of directors of
17   Phigenix?
18   A.  We have Dr. Kenneth Robinson; Dr. Richard
19   Roy; we have Mrs. Cynthia Day; myself, as well as my
20   wife is on the board.  And I think that's it.  That
21   was all five.  Five members on the board.
22   Q.  All right.  Have there been other board
23   members during Phigenix's existence?
24   A.  Yes.
25   Q.  Who else has been on the board?

Page 12

1    A.  Dr. Eddie Long has been on the board, and I
2    think that's the only person that's been on the board
3    of directors that's rotated off.
4    Q.  And you mentioned a scientific advisory
5    board?
6    A.  That's correct.
7    Q.  Who's on the Phigenix scientific advisory
8    board?
9    A.  Sure.  Currently, we have Dr. Herman Gore
10   and Dr. James Brown and, of course, myself.
11   Q.  Have there been other members of the
12   scientific advisory board during Phigenix's
13   existence?
14   A.  Yes.
15   Q.  Who else?
16   A.  We had -- excuse me -- Dr. Larry Ferguson,
17   as well as Mr. Oliver Walton.
18   Q.  So we've mentioned some employees,
19   scientific advisory board, board of directors.
20   A.  Right.
21   Q.  Are there any other individuals that have
22   been associated in some way with Phigenix?
23   A.  That's about it officially.
24   Q.  You mentioned that Phigenix -- well, let me
25   start again.

Page 13

4 (Pages 10 - 13)

1    How would you describe Phigenix' overall
2  mission?
3    A.  Well, the mission of Phigenix is to take
4  novel technology that I discovered during my tenure
5  as a research scientist and faculty at the Medical
6  University of South Carolina and try to get that
7  technology commercialized.
8    We feel that we have some cutting-edge
9  technology that would benefit the field of cancer
10  disease management, and so the ultimate goal is to
11  get that technology to the marketplace.  Whether that
12  is through in-house development or eventual licensing
13  to a partnering company is -- is what we ultimately
14  plan to do.
15    Q.  And what is the scope so far of Phigenix's
16  in-house research?
17    A.  Well, the -- the company was set up and --
18  I guess with the -- the premise of two phases.
19    The first phase would, of course -- because
20  we're a very small company and, of course, we don't
21  have the budget of -- of a large company, so we
22  wanted to focus on getting our intellectual property
23  solid first and get those initial patent applications
24  issued.
25    As we achieved that, then we would move to

Page 14

1  the next phase of -- of company development, where we
2  actually start validation of our diagnostic tests, as
3  well as some free clinical studies.
4    Q.  So if I understand this right, you
5  envisioned a two-phase process --
6    A.  Sure.
7    Q.  -- where the first phase would focus on
8  perfecting your intellectual property --
9    A.  Right.
10    Q.  -- and phase two would be the in-house
11  research?
12    A.  Correct.
13    Q.  Are you still in phase one?
14    A.  We are sort of transitioning into the
15  second phase.  We are communicating with a few
16  companies for collaboration, some outsourcing work.
17    We're also communicating with a local
18  clinical research facility to try to obtain space
19  there to start some of our studies, as well.
20    Q.  As of today, has Phigenix done any in-house
21  research work?
22    A.  We have not.
23    Q.  Do you have any other employment besides
24  your work with Phigenix?
25    A.  I do not.

Page 15

1    Q.  Now, you mentioned your work at the Medical
2  University of South Carolina.
3    A.  Correct.
4    Q.  And that was from 2002 through 2008?
5    A.  That's correct.
6    Q.  And what position did you hold at MUSC?  Is
7  that -- maybe that's not the way you guys --
8    A.  Just MUSC.
9    Q.  MUSC.
10    What positions did you hold?
11    A.  I was an associate processor of pathology
12  and laboratory medicine and also an associate member
13  of the Hollings Cancer Center.
14    Q.  What were your duties while you were there?
15    A.  Primarily a research scientist.  I also
16  trained Ph.D. students.  Two students trained under
17  me during my tenure there.  I've trained M.D. Ph.D.
18  students.  A few undergrad students rotated through
19  the lab over the summer.  I had one post doc.
20    I also served on the admissions committee
21  for the -- for the graduate program and I also taught
22  a few classes, as well.
23    Q.  And why did you leave?
24    A.  I left the University because, again, I --
25  I believed that the research that we had was very

Page 16

1  novel and that it had a place in the -- in -- in the
2  medical community, and I wanted to take that
3  technology, license it from the University, and
4  develop it up to one day try to launch it.  So that's
5  the reason why I left the University.
6    Q.  All right.  So we mentioned that this is a
7  30(b)(6) deposition and you're -- you're the
8  corporate representative for Phigenix --
9    A.  Sure.
10    Q.  -- for purposes of this deposition.
11    What did you do to prepare for today's
12  deposition?
13    A.  Well, of course, I met with my attorneys,
14  Bob Gutkin, Michael Ye, and, of course, Greg Porter,
15  and, of course, I read the materials that they
16  provided for me.
17    Q.  And what were those materials?
18    A.  The materials included the infringement
19  contentions.  We looked at some of the topics that
20  would be discussed, some of the publications that
21  were mentioned for the invalidity contentions, and --
22  and that's about it.
23    We looked at the patent, the '534 patent,
24  studied that, as well.
25    Q.  And I see you brought some binders with you

Page 17

5 (Pages 14 - 17)

pg. 1 of 3

# INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

## ERRATA SHEET

| Page | Line | |
|------|------|---|
| 10 | 20 | Change: _it substituted for "this"_ |
| | | Reason: _____ |
| 15 | 3 | Change: _pre substituted for "free"_ |
| | | Reason: _____ |
| 16 | 11 | Change: _Assistant substituted for "Associate"_ |
| | | Reason: _____ |
| 25 | 14 | Change: _growth and survival substituted for "of the survivor"_ |
| | | Reason: _____ |

cont. (pg. 2 of 3)

| Page | Line | |
|------|------|---|
| | | Change: "with" substituted for "of" |
| 28 | 5 | Reason: _____ |
| | | Change: "kinase" substituted for "kind of" |
| 32 | 8 | Reason: _____ |
| | | Change: "growth and" substituted for "both in" |
| 34 | 12 | Reason: _____ |
| | | Change: "expression and" substituted for "expressional" |
| 43 | 9 | Reason: _____ |
| | | Change: "nuclear" substituted for "nucleus" |
| 52 | 7 | Reason: _____ |
| | | Change: "targeting" substituted for "touching" |
| 62 | 23 | Reason: _____ |
| | | Change: "levels" substituted for "level" |
| 66 | 12 | Reason: _____ |
| | | Change: _____ |

✓   Subject to the above changes, I certify that the transcript is true and correct.

_____   No changes have been made. I certify that the transcript is true and correct.

_____   9-11-15
**Signature**                               **Date**

Cont. (pg. 3 of 3)

| Page | Line | |
|------|------|---|
| | | Change: *"of cells" substituted for "size"* |
| 69 | 10 | Reason: _____ |
| | | Change: *"cell" substituted for "self"* |
| 69 | 12 | Reason: _____ |
| | | Change: *"effective" substituted for "attractive"* |
| 74 | 2 | Reason: _____ |
| | | Change: *"antibody" substituted for "antibiotic"* |
| 81 | 15 | Reason: _____ |
| | | Change: *"Knock" substituted for "mocked"* |
| 88 | 3 | Reason: _____ |
| | | Change: *"and" substituted for "in that"* |
| 101 | 9 | Reason: _____ |
| | | Change: *"mediated" substituted for "mediate in"* |
| 103 | 4 | Reason: _____ |
| | | Change: _____ |

✓   Subject to the above changes, I certify that the transcript is true and correct.


_____   No changes have been made. I certify that the transcript is true and correct.


_____
**Signature**

9-11-15
**Date**

1        I declare under penalty of perjury

2  under the laws that the foregoing is

3  true and correct.

4

5        Executed on _Sept. 11_____ , 20_15_.

6  at _____, _____.

7

8

9

10

11

12       Carlton DeWitt Donald, Ph.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 154