# EXHIBIT B

1               IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
2
3      PHIGENIX, INC.,                )
                                      )
4               Plaintiff,            )
                                      ) CASE NO.
5           vs.                       )
                                      ) C 15-01238 BLF
6      GENENTECH, INC.,               )
                                      )
7               Defendant.            )
8
9                      - - -
10             VIDEOTAPED DEPOSITION OF
11           CARLTON DEWITT DONALD, PH.D.
12
                   December 2, 2016
13
                     8:32 a.m.
14
15                  Suite 1400
              1075 Peachtree Street, NE
16               Atlanta, Georgia
17
18        Pamela L. Porter, RPR, CCR-B-2160
19                     - - -
20
21
22
23
24
25

                                    Page 1

```
 1                    TABLE OF CONTENTS
 2              EXAMINATION                      PAGE
 3   Cross-Examination by Mr. Jacobs               6
 4
 5                      - - -
 6
 7
        DONALD
 8     EXHIBIT            DESCRIPTION            PAGE
 9
      Exhibit 14   Extract from Lab Notebook       7
10
      Exhibit 15   Assignment                     21
11
      Exhibit 16   Assignment                     31
12
      Exhibit 17   License Agreement              33
13
      Exhibit 18   Letter from Carlton D. Donald, 43
14                 PhD, to Janice M. Lage, MD,
                   1/17/07
15
      Exhibit 19   Medical University of South    49
16                 Carolina Policies
17    Exhibit 20   Utility Patent Application     51
                   Transmittal
18
      Exhibit 21   Declaration, Power of Attorney and 52
19                 Petition
20    Exhibit 22   Assignment of Application      52
21    Exhibit 23   Terminal Disclaimer to Obviate a 67
                   Double Patenting Rejection Over a
22                 "Prior" Patent
23    Exhibit 24   Letter to Chip Hood from Carlton 72
                   D. Donald, Ph.D., 9/20/11
24
25
```

Veritext Legal Solutions
866 299-5127

| DONALD EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 25 | Declaration, Power of Attorney and Petition | 80 |
| Exhibit 26 | Communication from United States Patent and Trademark Office, 5/13/11 | 82 |
| Exhibit 27 | Letter to Gwen Spratt from Carlton D. Donald, Ph.D., 5/16/08 | 84 |
| Exhibit 28 | Phigenix, Inc.'s Amended Objections and Response to Defendant Genentech, Inc.'s Requests for Admission (Set Three) to Phigenix, Inc. | 96 |
| Exhibit 29 | Inhibition of PAX2 Expression Results in Alternate Cell Death Pathways in Prostate Cancer Cells Differing in p53 Status | 101 |
| Exhibit 30 | ThermoFisher Scientific, PAX2 Polyclonal Antibody | 118 |
| Exhibit 31 | PAX2 Expression in Roth Normal | 129 |
| Exhibit 32 | Gibson and Dressler Figures | 131 |
| Exhibit 33 | Letter to Matt Chivvas from Greg Dressler, 6/10/16 | 133 |
| Exhibit 34 | Molecular Effects of Kadcyla | 138 |
| Exhibit 35 | Functional Analysis of the Host Defense Peptide Human beta defensin-1: New Insight into its Potential Role in Cancer | 146 |

Veritext Legal Solutions
866 299-5127

```
 1      DONALD
      EXHIBIT            DESCRIPTION                PAGE
 2
 3   Exhibit 36   Email from David Parker to Gregory   175
                  Porter, 9/8/14
 4
     Exhibit 37   Letters to the Editor, Anastrozole   188
 5                and Quinapril Can Be Safely
                  Coadministered to Elderly Women
 6                with Breast Cancer and
                  Hypertension: A Pharmacokinetic
 7                Study
 8   Exhibit 38   Letter to Christine Dixon-Thiesing   222
                  from Carlton Donald, 12/18/13
 9
10      (Original Exhibits 14 through 38 have been
      attached to the original transcript.)
11
                          - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                    APPEARANCES OF COUNSEL
 2
 3   On behalf of the Plaintiff:
 4          PAUL D. ACKERMAN, ESQ.
            Andrews Kurth Kenyon, LLP
 5          15th Floor
            450 Lexington Avenue
 6          New York, New York 10017
 7
     On behalf of the Defendant:
 8
            MICHAEL A. JACOBS, ESQ.
 9          MATTHEW A. CHIVVIS, ESQ.
            Morrison & Foerster, LLP
10          425 Market Street
            San Francisco, California 94105
11
            DAVID E. WILDMAN, ESQ.
12          Genentech, Inc.
            1 DNA Way
13          South San Francisco, California 94080
14   Also Present:
15          Bryan Robinson, Videographer
            Gregory Dressler
16
17                              - - -
18
19
20
21
22
23
24
25
```

Page 5

```
 1              (Reporter disclosure made pursuant to
 2         Article 10.B of the Rules and Regulations of the
 3         Board of Court Reporting of the Judicial Council
 4         of Georgia.)
 5              THE VIDEOGRAPHER:  We are on the record
 6         and the time is approximately 8:32 a.m., and
 7         this is the beginning of the video deposition
 8         Dr. Carlton Donald.
 9              Will counsel present identify themselves
10         and who they represent.
11              MR. JACOBS:  Michael Jacobs, Morrison &
12         Foerster for Genentech.  With me is Matt
13         Chivvis, Dr. Greg Dressler, and David Wildman.
14              MR. ACKERMAN:  Paul Ackerman of Andrews,
15         Kurth, Kenyon on behalf of Phigenix and the
16         witness.
17              THE VIDEOGRAPHER:  Thank you, Counsel.
18         Will the court reporter please swear in the
19         witness.
20              CARLTON DEWITT DONALD, PH.D.,
21    having been first duly sworn, was examined and
22    testified as follows:
23                   CROSS-EXAMINATION
24    BY MR. JACOBS:
25         Q.   Good morning, Dr. Donald.
```

Page  6

1    patent or any potential infringement.

2         Q.    And why in particular when you were

3    looking at possible companies to write to when you

4    started on your campaign, what -- why did Genentech

5    jump out to you?

6         A.    Genentech, we felt the product itself and

7    what we understood about the -- about the mechanism,

8    that there's a possibility that our technology could

9    be crossing over into that.

10             And when I wrote Genentech back in 2013,

11   the purpose of that was for a collaboration.  I didn't

12   accuse Genentech of infringing in 2013, June of 2013.

13             So subsequently, just based on Genentech

14   being a strong oncology company, we feel that we had

15   good technology in that space.  What we understand

16   about Kadcyla is -- was the basis of us making that

17   communication.

18        Q.    And what you understood about Kadcyla is

19   what was reflected in the mechanism of action drawing

20   that you sent to Genentech in 2013?

21             MR. ACKERMAN:  Objection.

22             THE WITNESS:  That diagram, again, was

23        done by myself, very crude.  It didn't replicate

24        exactly every nuance of the cell, every nuance

25        of what was going on.  It was crude.

Page 169

1           I was asked to produce that for -- I think

2        it was Jeffrey Butler at time from our

3        communications.  And it was a crude drawing of

4        what I thought or what I -- what we believed was

5        the mechanism.

6           But I think, again, any differences in

7        what I put together and the way that it actually

8        works may or may not be reflected in that crude

9        document.

10        Q.   (By Mr. Jacobs)  But that was -- that

11   document was a reflection of your belief at the time

12   about why Kadcyla infringed the '534 patent; correct?

13           MR. ACKERMAN:   Objection.

14           THE WITNESS:   Not infringement, but the

15        mechanism of action that we believed was

16        responsible for the cell death observed

17        following Kadcyla treatment.

18        Q.   (By Mr. Jacobs)  So -- and that mechanism

19   of action, in a nutshell, is that the microtubular

20   disruption leads to a cascading series of effects

21   which ends up inhibiting PAX2; correct?

22        A.   That's correct.

23        Q.   And what about Kadcyla differentiated it

24   in your mind from all the other microtubular

25   disruptions -- disruptors back in 2013 when you wrote

                                        Page 170