# EXHIBIT C

Alana C. Mannigé (CA SBN 313341)
mannige@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070 | Facsimile: (650) 839-5071

Benjamin K. Thompson (*Pro Hac Vice*)
thompson@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005 | Facsimile: (404) 892-5002

Matthew C. Berntsen (*Pro Hac Vice*)
berntsen@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070 | Facsimile: (617) 542-5906

Attorneys for Plaintiff
PHIGENIX, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| PHIGENIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC.,<br><br>　　　　Defendant. | Case No. 5:15-cv-01238-BLF<br><br>**DECLARATION OF THIRD PARTY DR. CARLTON DONALD IN SUPPORT OF PHIGENIX, INC.'S OPPOSITION TO GENENTECH, INC.'S MOTION TO JOIN DR. CARLTON DONALD UNDER FED. R. CIV. P. 19**<br><br>DATE:　December 7, 2017<br>TIME:　9:00 a.m.<br>CTRM:　Courtroom 3 – 5th Floor |

I, Dr. Carlton Donald, declare as follows:

　　1.　　I am the Founder, President, and Chief Executive Officer for Phigenix, Inc. ("Phigenix"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

1　DECL OF DR. CARLTON DONALD ISO PHIGENIX OPP TO GENENTECH MOTION TO JOIN DONALD
Case No. 5:15-cv-01238-BLF

2. I was an Assistant Professor of Pathology & Laboratory Medicine for years before founding Phigenix in 2007. I have published numerous scientific articles and have presented my research at medical research forums both nationally and internationally. I have received numerous awards and accolades for my research from several organizations including the American Association for Cancer Research, the American Society for Microbiology, and the American Urological Association. Attached hereto as Exhibit A is a true and correct copy of my current CV.

3. Phigenix currently has over one hundred shareholders and has gone through multiple rounds of fundraising. Phigenix's board of directors has five seats, and I hold one of those five seats. Each seat on the board of directors has an equal vote in making decisions, and decisions are made by a majority vote. The board of directors, by majority vote, made the decision to file this lawsuit in this case.

4. Pursuing research and development, both independently and via partnerships, has always been one of Phigenix's goals. With the approval of Phigenix's board of directors, Phigenix's early years focused significantly on protecting its intellectual property via patents, resulting in the patent which ultimately led to this lawsuit. Being a small start-up, Phigenix did not have the resources to successfully enforce the patents protecting its existing research while simultaneously continuing its research and development efforts. Realizing that successful litigation would provide the resources necessary to continue its research, Phigenix filed this suit. In order to pursue its various goals, Phigenix has had part-time administrative help in the past.

5. Andrews Kurth LLP ("Andrews Kurth") represented Phigenix throughout most of this lawsuit. In 2016, Andrews Kurth merged with the Kenyon & Kenyon law firm, forming Andrews Kurth Kenyon LLP ("Andrews Kurth Kenyon"). Phigenix has a billing dispute with Andrews Kurth Kenyon related to original and renegotiated terms of their contractual relationship. As a result of the billing dispute, Andrews Kurth Kenyon withdrew as counsel, alleging that Phigenix had not paid fees.

6. After the withdrawal of Andrews Kurth Kenyon, Phigenix hired lawyers from the law firm Fish & Richardson, P.C. ("Fish").

7. In 2013, I provided a small loan to Phigenix and a portion of that loan was ultimately used by Phigenix to pay for litigation costs. Phigenix repaid that loan less than a year later, in 2014. I never wrote a personal check to Andrews Kurth or Andrews Kurth Kenyon—Phigenix alone directly paid the attorney fees for this litigation.

8. Before this lawsuit was filed, I worked with Phigenix's lawyers at Andrew Kurth to draft a letter to Genentech on behalf of Phigenix regarding Phigenix's intellectual property rights. (Dkt. No. 37-5.) As part of that process, I created a scientific diagram explaining how I believed KADCYLA actually worked. I created that diagram because Genentech's General Counsel, Jeffrey Butler, had asked me to explain to him how I though KADCYLA actually worked. My involvement in the creation of the letter was to help with the scientific aspects (like the diagram), not the legal aspects (which Phigenix's lawyers handled). Phigenix has had a team of lawyers advising the company leading up to and throughout this litigation (save the short time period directly after Andrews Kurth Kenyon withdrew as counsel). Any legal theories that were developed during this litigation were developed by Phigenix's lawyers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Atlanta, Georgia this 4th day of October, 2017.

_____
Dr. Carlton Donald

3   DECL OF DR. CARLTON DONALD ISO PHIGENIX
OPP TO GENENTECH MOTION TO JOIN
DONALD
Case No. 5:15-cv-01238-BLF

# EXHIBIT A

October 2017

CURRICULUM VITAE

**Carlton DeWitt Donald, Ph.D.**

PHIGENIX, Inc
191 Peachtree Street
Suite 3200
Atlanta, GA 30303
Telephone: (404) 946-1811
FAX: 404-946-1894
Email: cdonald@phigenix.com

**Education and Training:**

| | |
|---|---|
| 2000-2002 | Postdoctoral Fellow, Winship Cancer Institute<br>Department of Urology, Emory University<br>(Mentor: Dr. John A. Petros) |
| 1997-2000 | Postdoctoral Fellow,<br>Department of Radiation Oncology,<br>Division of Cancer Biology, Emory University<br>(Mentor: Dr. Y. Wah Kow) |
| 1995-1997 | Clark Atlanta University<br>Ph.D. in Molecular & Cellular Biology<br>(Mentor: Dr. David B. Cooke, III) |
| 1992-1995 | Clark Atlanta University<br>M.S. in Molecular and Cellular Biology<br>(Mentor: Dr. David B. Cooke, III) |
| 1988-1992 | Florida A&M University<br>B.S. in Biology |

**Professional Experience:**

| | |
|---|---|
| 2014-Present | Founder and President<br>Carlton Donald Medical Research Institute, Inc.<br>Atlanta, GA |
| 2008-Present | President/Chief Executive Officer<br>PHIGENIX, Inc.<br>Pharmaceutical and Biomedical Research Company<br>Atlanta, GA |

| | |
|---|---|
| 2007-2008 | Founder and Chief Scientific Officer<br>PHIGENIX, Inc.<br>Pharmaceutical and Biomedical Research Company<br>Atlanta, GA |
| 2002-2008 | Member, Hollings Cancer Center<br>Medical University of South Carolina |
| 2002-2008 | Assistant Professor, Department of Pathology<br>  and Laboratory Medicine<br>Medical University of South Carolina |

**Professional Service:**

| | |
|---|---|
| Review Boards: | University Research Committee, 2004-2008<br>Scientist Reviewer, DOD Prostate Cancer Program, 2005 - 2008<br>Scientist Reviewer, DOD Breast Cancer Program, 2005 - 2008<br>Hollings Cancer Center DOD Phase VII Internal Review Committee, 2004<br>Hollings Cancer Center ACS Internal Review Committee, 2006<br>MUSC Clinical and Translational Science Award, 2006 |
| Editorial Reviewer: | Molecular Cancer Therapeutics, 2008-2009<br>Journal of Ovarian Research, 2009-2010<br>International Journal of Cancer, 2006-2007 |
| Ad hoc Reviewer: | Institute for Cancer Research and Treatment, Torino, Italy, 2005 |

**Memberships:**

**Sigma Pi Phi Fraternity**
Kappa Boule' Atlanta, GA, 2004

**Kappa Alpha Psi Fraternity**, **Inc.**
Alpha Xi Chapter, 1989

**Professional Societies:**

American Association for Cancer Research
American Urological Association
Society for Basic Urologic Research
Association for Molecular Pathology
American Association for Investigative Pathology

**Academic Service:**

| | |
|---|---|
| Teaching: | Mechanisms of Human Disease, MUSC-CGS740<br>Foundations in Biomedical Sciences, MUSC-CGS 702 |

Important Unanswered Questions, MUSC-CGS 760

| | |
|---|---|
| Research Supervisor: | Medical University of South Carolina, 2002-2008<br>1 Postdoctoral Fellow<br>2 PhD Graduate Students<br>3 Medical Students<br>3 Undergraduates |
| Thesis Committees: | Rebecca Bullard, Medical University of South Carolina, Committee Chair – (PhD completed 2008)<br>Willietta Gibson, Medical University of South Carolina, Committee Chair – (PhD completed 2007)<br>Octavia Peck, Medical University of South Carolina, (PhD completed 2005)<br>Wakesha Jeffcoat-Evans, Medical University of South Carolina, (MS completed 2005) |
| College/University Committees: | Graduate School Admissions Committee, 2005 - 2008<br>Graduate School Admissions Interviewer, 2003-2005<br>Associate Provost for Research Search Committee, 2005 – 2006<br>HCC Cancer Disparity Board, Sub-committee on Disparity Research, Vice Chair, 2006 - 2008 |

**Awards, Honors and Memberships:**

**Awards and Honors:**
Public Health Small Business Award, Morehouse College Entrepreneurship Center, 2014
Society for Basic Urologic Research New Investigator Travel Award, 2005
American Association for Cancer Research Scholar Award in Cancer Research, 2005
South Carolina Alliance for Minority Participation Mentor of the Year, 2004
NCI Investigator Career Development Workshop Travel Award, 2004
American Association for Cancer Research Scholar Award in Cancer Research, 2003
Acres of Diamonds Award, San Diego, CA, 2002
Representative, Science Coalition, U.S. Congressional Science Day, Washington, D.C., 2001
Gadsden County Men of Action Young Professional Award, Quincy, FL, 1999
American Society for Microbiology Post-doctoral Travel Fellowship, 1999
American Association for Cancer Research Post-doctoral Scholar Award in Cancer Research, 1999
American Association for Cancer Research Post-doctoral Scholar Award in Cancer Research, 1997

**Grants Awarded:**

**Extramural Grants/award amount:**

MUSC Center for Health Disparity Research     10/01/06 – 09/30/07
Analysis of Angiotensin Type I Receptor Signaling in PAX2 Expression in Prostate Cancer
Role: Co-investigator (5% effort)     $5,000

1 F31 CA119957     8/20/06-8/19/08
National Cancer Institute     $70,000
PAX2 as a Therapeutic Target for Prostate Cancer
Role: Mentor

K22 CA096788     5/01/04 – 4/30/07
NIH/NCI     $434,853
Functional Analysis of Beta-Defensin Loss of Expression
Role: PI (75% effort)

Hollings Cancer Center/DoD Institutional Grant (PI)     12/01/05- 08/14/06
Medical University of South Carolina     $60,000
Regulation of Human Beta Defensin-1 in Prostate Cancer
Role: PI (5% effort)

EIN:2590181777     07/01/04 – 06/30/06
NIH Health Disparities Loan Repayment Award     $34,504

RCMAR Scholar Award (10% time)     09/01/03 – 08/31/05
NIH/NIA     $19,991
Analysis of Mitochondrial Mutations and the Disparity of Prostate Cancer Incidence and Mortality among African Americans

COBRE2003 (10% time)     06/01/03 to 05/31/05
MUSC/USC COBRE     $20,000
Role of Mitochondria Damage in Cancer Disparities among African-Americans

UNCF*Merck Postdoctoral Fellowship (100% time)     9/01/01 – 8/31/02
Development of a Model for Studying Anti-oxidant Drug Therapy of Prostate Cancer

RO1 GM54163-01A1 (Supplement)     9/01/97 – 2/31/00
Postdoctoral Fellow (100% time)     NIH/NHLBI
Repair of Oxic and Anoxic DNA Damage

BIBLIOGRAPHY

**Articles and Manuscripts**

1. Angiotensin II Upregulates PAX2 Oncogene Expression and Activity in Prostate Cancer via Angiotensin Type 1 Receptor. Bose SK, Gibson W, Giri S, Nath N and **CD Donald**. Prostate. 2009 69(12): 1334-1342.

2. The PAX2 Oncogene Negatively Regulates the Expression of the Host Defense Peptide Human Beta Defensin-1 in Prostate Cancer. Bose SK, Gibson W, Bullard R, and **CD Donald**. Mol Immunol. 2009. 46: 1140–1148.

3. Reticulocalbin surface expression in bone endothelial cells and its role in prostate cancer cell adhesion to bone endothelium. Carlton R. Cooper, Hassan Chaib, Bianca Graves, Linda Sequeira, Freddie Pruitt, Angelo Evans, Jill Lynch, Kirk Cymzek, Rebecca S. Bullard, **Carlton D. Donald**, Katia Sol-Church, Christopher H. Chay, James D. Gendernalik, Mary C Farach-Carson, Robert A Sikes, Jill A. Macoska, and Kenneth J. Pienta. 2008. J Cell Biochem. 2008 Aug 15; 104(6): 2298-309.

4. Oncogenic Role of Engrailed-2 (En-2) in Prostate Cancer Cell Growth and Survival. Bose SK, Gibson W, Bullard, RS and **CD Donald**. 2008. Transl Oncogeno. 3; 37-43.

5. Functional Analysis of the Host Defense Peptide Human Beta Defensin-1: New Insight into Its Potential Role in Cancer. Bullard RS, Gibson W, Bose SK, Belgrave JK, Eaddy AC, Wright CJ, Hazen-Martin DJ, Lage JM, Keane TE, Ganz TA, and **CD Donald**. 2008. Mol Immunol, 839-848.

6. PAX2 Oncogene May Promote Cancer Cell Survival through the suppression of immune-mediated recognition and destruction: new insight to a novel cancer therapy. Bullard RS, Gibson W, Bose SK, and **CD Donald**. Proceedings of the 4th International Conference on Tumor Microenvironment: Progression, Therapy and Prevention. 2007.

7. Inhibition of PAX2 Expression Results in Alternate Cell Death Pathways in Prostate Cancer Cells Differing in p53 Status. 2007. Gibson W, Green A, Bullard RS, Eaddy AR, and **CD Donald**. Can Lett 248 (2), 251-61.

8. Pim family kinases enhance tumor growth of prostate cancer cells. Chen WW, Chan DC, **Donald CD**, Lilly MB and AS Kraft. 2005. Mol Can Res, 3(8): 443-451.

9. Drake BF, Keane TE, **Donald CD**, Modayil MV, Daguise VG, Johnson MG, Adams SA, Ureda JR, and JR Hebert. 2005. Prostate Cancer Disparities in South Carolina: Early Detection, Special Programs, and Descriptive Epidemiology. SCMA Journal; Vol 101, p. 225-230.

10. **Donald, C.D.**, C.Q. Sun, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros. 2003. Cancer-specific Loss of Beta Defensin-1 in Renal and Prostate Carcinoma. Lab Invest. 83(4), 501-505.

11. **Donald, C.D**., A. Laddu, P. Chandham, S.D. Lim, C. Cohen, M. Amin, G. L. Gerton, F. F. Marshall and J.A. Petros.  2001.  Expression of the Epithelin/Granulin Precursors Progranulin and Acrogranin Correlates with Neoplastic State in Renal Epithelium. Anticancer Res 21: 3739-3742.

12. **Donald, C.D**., Cooper, C.R., Harris-Hooker, S., Emmett, N. Scanlon, M. and Cooke, III, D.B.  2001 Cytoskeletal organization and cell motility correlates with metastatic potential and state of differentiation in prostate cancer. J Cell Mol Biol. 47 (6), 1033-1038.

13. Hashimoto, M., **C.D. Donald**, R. Robinary, D. Chen and Y.W. Kow.  2001.  Repair of closely opposing lesions by endonuclease III requires KU70/80 complex and is important in preventing frank double strand breaks during tandem base lesion repair in DNA.  JBC Apr 20; 276 (16): 12827-31.

14. Venkataraman, R., **C.D. Donald**, H.J. You, P.W. Doetsch, and, Y.W. Kow. 2001.  Enzymatic Processing of DNA containing tandem dihydrouracil by endonucleases III and VIII.  Nucleic Acid Research Nucleic Acids Res. Jan 15;29 (2):407-14.

15. Conway, K.E., McConnell, B.B., Bowring, C.E., **Donald, C.D.**, Warren, S.T. and Vertino, P.M.  2000.  TMS1, a novel proapoptotic CARD protein, is a target of methylation-induced gene silencing in human breast cancer. Cancer Research 60, 6236-6242.

16. **Donald, C.D**., D.E. Montgomery, N. Emmett, and D.B. Cooke III. 1999. Invasive Potential and Substrate Dependence of Attachment in the Dunning R-3327 Rat Prostate Adenocarcinoma Model. Inv Met 18:4, 165-75.

17. Latinwo, L.M., **C.D. Donald,** C. Ikediobi, and S. Silver.  1998. Effects of intracellular glutathione on sensitivity of Escherichia coli to mercury and arsenite. Biochem Biophys Res Commun   Jan 6; 242(1): 67-70.

18. Cooper, C.R., **C.D. Donald**, N. Emmett, S. Harris-Hooker, and D.B. Cooke, III.  1993.  The adhesion and invasion potential of rat prostatic cancer cells: A correlation with metastatic potential.  Invas Met 13: 178-184.


**Allowed, Issued and Granted Patents:**

1. Israeli National Stage Application #218286 Entitled "Targeting PAX2 for the Treatment of Breast Cancer".  **Allowed** on March 29, 2017.

2. Israeli National Stage Application #218285 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer".  **Allowed** on January 9, 2017.

3. Japanese Patent #P5990274 Entitled "Targeting EN2, PAX2, and/or DEFB1 for the Treatment of Prostate Cancer".  **Issued** on August 19, 2016.

4. Australian Patent No. 2090351638 Entitled: "Detecting PAX2 for the Diagnosis of Breast Cancer". **Issued** on July 14, 2016.

5. European Patent Application #10812443.9 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Allowed** on January 22, 2016.

6. Chinese Patent No. ZL200980161426.2 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer" **Issued** on March 18, 2015.

7. Korean Patent No. 10-2009-7011055 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Granted** on February 2, 2015.

8. New Zealand Patent No. 599004 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer" **Granted** on December 11, 2014.

9. ARIPO Patent No. A/P/2012/006182 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer" **Granted** on December 3, 2014.

10. ARIPO Patent No. A/P/2012/006181 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Granted** on December 3, 2014.

11. Japanese Patent No. P5653042 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Granted** on November 28, 2014.

12. Russian Patent No. 2522485 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer". **Granted** July 20, 2014.

13. U.S. Patent No. 8,735,365 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on May 27, 2014.

14. European Patent No. 2475779 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer". **Granted** on May 14, 2014.

15. U.S. Patent No. 8,722,367 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer" **Issued** on May 13, 2014.

16. U.S. Patent No. 8,722,643 Entitled "Targeting EN2, PAX2, and/or DEFB1 for the Treatment of Prostate Cancer". **Issued** on May 13, 2014.

17. New Zealand Patent No. 596471 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Granted** on March 4, 2014.

18. New Zealand Patent No. 599005 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on March 3, 2015.

19. U.S. Patent No. 8,653,021 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on February 18, 2014.

20. ARIPO Patent No. AP/P/2009/006851 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions".  **Granted** on January 29, 2014.

21. U.S. Patent No. 8,633,149 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on January 21, 2014.

22. U.S. Patent No. 8,623,617 Entitled "Detecting PAX2 for the Diagnosis of Breast Cancer" **Issued** on January 7, 2014.

23. Australian Patent No. 2008206258 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions".  **Granted** on September 26, 2013.

24. Chinese Patent No. ZL200880002349.1 Entitled "Kits for Diagnosing Prostate Conditions" **Issued** on August 7, 2013.

25. Israeli Patent No. 198677 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions".  **Issued** on June 25, 2013.

26. U.S. Patent No. 8,461,101 Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on June 11, 2013.

27. U.S. Patent No. 8,461,126 Entitled "Targeting EN2, PAX2, and/or DEFB1 for the Treatment of Prostate Cancer" **Issued** on June 11, 2013.

28. South African No. 2010/02169 Entitled:  "Targeting PAX2 for the Treatment of Breast Cancer".  **Granted** on May 29, 2013.

29. U.S. Patent No. 8,445,444 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** on May 21, 2013.

30. U.S. Patent No. 8,431,546 Entitled "Targeting PAX2 for the induction of DEFB1-mediated tumor immunity and cancer therapy" **Issued** on April 30, 2013.

31. U.S. Patent No. *8,394,780* Entitled "Targeting PAX2 for the Treatment of Breast Cancer" **Issued** on March 12, 2013.

32. Australian Patent No. 2006304321 Entitled "Targeting PAX2 for the induction of DEFB1-mediated tumor immunity and cancer therapy".  **Issued** on January 17, 2013.

33. South African Patent No. 2012/02170 Entitled:  "Detecting PAX2 for the Diagnosis of Breast Cancer".  **Granted** on November 28, 2012.

34. U.S. Patent No. *8,318,692* Entitled "Targeting PAX2 for the induction of DEFB1-mediated tumor immunity and cancer therapy".  **Issued** on November 27, 2012.

35. Australian Patent No. 2010286924 Entitled:  "Targeting PAX2 for the Treatment of Breast Cancer".  **Issued** on November 22, 2012.

36. Mexican Patent No. MX/a/2009/007564 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** on June 18, 2012.

37. European Patent No. EP2104744 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** on May 16, 2012.

38. South African Patent No. *2009/02814* Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Granted** on August 25, 2010.

39. Switzerland National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as EP 2104744 on May 16, 2012.

40. Italy National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as EP 2104744 on May 16, 2012.

41. Ireland National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as EP 2104744 on May 16, 2012.

42. France National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as EP 2104744 on May 16, 2012.

43. Great Britain National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as EP 2104744 on May 16, 2012.

44. Spain National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions". **Issued** as ES2390083 on May 16, 2012.

45. Germany National Stage Application No. EP08727729 based on International Patent Application No. PCT/US2008/051168 Entitled "Compositions and Methods for

Diagnosing, Treating and Preventing Prostate Conditions".  **Issued** as 602008015630.3 on May 16, 2012.

46. New Zealand Patent No. 578164 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions".  **Issued** on April 2, 2012.

47. U.S. Patent No. 8,088,603 Entitled "Compositions and Methods for Diagnosing, Treating and Preventing Prostate Conditions".  **Issued** on January 03, 2012.

48. U.S. Patent No. 8,080,534 Entitled "Targeting PAX2 for the Treatment of Breast Cancer".  **Issued** on December 20, 2011.

49. U.S. Patent No. *7,964,577* Entitled "Targeting PAX2 for the induction of DEFB1-mediated tumor immunity and cancer therapy" (*siRNA-based Drug Platform*) **Issued** on June 21, 2011.

**Abstracts and Presentations**

1. PAX2 Oncogene May Promote Cancer Cell Survival through the suppression of immune-mediated recognition and destruction: new insight to a novel cancer therapy.  **Carlton D. Donald**.  5th International Conference on Tumor Microenvironment, Versailles, France, 2009.

2. PAX2 Oncogene May Promote Cancer Cell Survival through the suppression of immune-mediated recognition and destruction: new insight to a novel cancer therapy.  **Carlton D. Donald**.  AACR Annual Meeting, Scientific Session: Molecular and Clinical Insights into Cancers Affecting Under-represented Populations, San Diego, CA 2008

3. PAX2 Oncogene May Promote Cancer Cell Survival through the suppression of immune-mediated recognition and destruction: new insight to a novel cancer therapy.  Willietta Gibson, Sudeep K. Bose, Rebecca S. Bullard and **Carlton D. Donald**.  Molecular Targets in Cancer Therapy: Fourth Biennial, Mechanism and Therapeutic Reversal of Immune Suppression in Cancer.  Clearwater, FL.  2007.

4. PAX2 Oncogene May Promote Cancer Cell Survival through the suppression of immune-mediated recognition and destruction: new insight to a novel cancer therapy.  Willietta Gibson, Sudeep K. Bose, Rebecca S. Bullard and **Carlton D. Donald**.  (Late-breaking) AACR Annual Meeting, Washington, DC. 2006.

5. Analysis of Human Beta Defensin-1 Cytotoxicity to Prostate Cancer via Bystander Effect.  Rebecca S. Bullard, Debra Hazen-Martin, Gian G. Re, Janice M. Lage, Andrew S. Kraft, Thomas E. Keane, and **Carlton D. Donald**.  Medical University of South Carolina, Charleston, SC.  AACR Annual Meeting, Washington, DC 2006.

6. Functional Analysis of Human Beta Defensin-1 and its Potential Role in Prostate Cancer Tumor Immunity.  Rebecca S. Bullard, Jamila K. Belgrave, Willietta Gibson, Andre C. Eaddy, Corey J. Wright, Tomas A. Ganz, Janice M. Lage, Thomas E. Keane, **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC.  American Urological Association/Society for Basic Urologic Research Summer Conference, Baltimore, MD 2005.

7. Novel role of human beta defensin-1 as a tumor suppressor that may be part of the innate immune system involved in tumor immunity.  Rebecca S. Bullard, Jamila K. Belgrave, Willietta Gibson, Andre C. Eaddy, Corey J. Wright, Tomas A. Ganz, Janice M. Lage, Thomas E. Keane, **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC.  American Association for Cancer Research Annual Meeting, Anaheim, CA 2005

8. Comparison of RNA interference silencing of PAX2 expression in PC3 and Du145 prostate cancer cell lines.  Willietta Gibson, Ashley Green, Rebecca Bullard, Andre Eaddy, **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC and College of Charleston, Charleston, SC.  American Association for Cancer Research Annual Meeting, Anaheim, CA 2005

9. Cytotoxic Activity of Human Beta Defensin -1 in Prostate Cancer and its Potential Role as a Tumor Suppressor.  Rebecca S. Bullard, Jamila K. Belgrave Willietta Gibson, Andrea Eaddy, Corey Wright, Janice Lage, Thomas Keane, and **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC 29425.  Society for Basic Urological Research Fall Meeting, Savannah, GA 2004

10. Analysis of DEFB1 Activity in Prostate Cancer.  , Rebecca S. Bullard, Jamila K. Belgrave Willietta Gibson, **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC 29425; 10th Prouts Neck Meeting on Prostate Cancer.  Prouts Neck, ME 2004

11. Functional analysis of human beta defensin-1 in prostate cancer.  Jamila K. Belgrave, Rebecca S. Bullard, Willietta Gibson, **Carlton D. Donald**. Medical University of South Carolina, Charleston, SC 29425; American Association for Cancer Research Annual Meeting, Orlando, FL 2004.

12. Analysis of Mitochondria DNA Mutation and the Disparity of Prostate Cancer Incidence and Mortality among African Americans.  **C.D. Donald, Ph.D**[1]. J.A. Petros, M.D.[2], C. Q. Sun, M.D[2]. H. Irons, B.S.[2], M. Amin, M.D.[3], S.D. Lim, Ph.D.[3], F. F. Marshall, M.D.[2] and D.C. Wallace, Ph.D[4].  [1]Department of Pathology and Lab Medicine, Medical University of South Carolina; [2]Department of Urology, [3]Department of Pathology and [4]Department of Human Genetics, Emory University School of Medicine.

13. Human beta defensin-1: A possible new tumor suppressor gene lost in prostate cancer. **C.D. Donald**, C.Q. Sun, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros.  Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, AACR-NCI-NORTC, Miami, FL, 2001

14. Mitochondrial DNA Point Mutations are Common in Prostate Cancer and Enhance Malignant Phenotype.  J.A. Petros, C. Q. Sun, H. Irons, **C.D. Donald**, M. Amin, S.D. Lim, S. Hosseini, F. F. Marshall, and D.C. Wallace.  Department of Urology, Winship Cancer Institute, Department of Pathology and Department of Human Genetics, Emory University School of Medicine, Atlanta, GA 30335., Merck Pharmaceutical, West Point, PA, 2001

15. Loss of Expression of Human Beta Defensin-1 in Prostate Cancer Suggests a Possible Role as a Tumor Suppressor Gene.  **C.D. Donald**, C.Q. Sun, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros.  Winship Cancer Institute,

Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, 2001

16. Increased Expression of Acrogranin is Associated with Malignant Renal Disease. **C.D. Donald**, A. Laddu, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, 2001

17. Analysis of Acrogranin Expression in Malignant Breast and Ovarian Epithelium. **C.D. Donald**, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, G. Gerton, F.F. Marshall, and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of Pennsylvania, Philadelphia, PA, 2001

18. Human beta defensin-1: A possible new tumor suppressor gene lost in prostate cancer. **C.D. Donald**, C.Q. Sun, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, AACR-NCI-NORTC, Miami, FL, 2001

19. Mitochondrial DNA Point Mutations are Common in Prostate Cancer and Enhance Malignant Phenotype. J.A. Petros, C. Q. Sun, H. Irons, **C.D. Donald**, M. Amin, S.D. Lim, S. Hosseini, F. F. Marshall, and D.C. Wallace. Department of Urology, Winship Cancer Institute, Department of Pathology and Department of Human Genetics, Emory University School of Medicine, Atlanta, GA 30335., Merck Pharmaceutical, West Point, PA, 2001

20. Loss of Expression of Human Beta Defensin-1 in Prostate Cancer Suggests a Possible Role as a Tumor Suppressor Gene. **C.D. Donald**, C.Q. Sun, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, 2001

21. Increased Expression of Acrogranin is Associated with Malignant Renal Disease. **C.D. Donald**, A. Laddu, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, F.F. Marshall, T. Ganz and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of California at Los Angeles, Los Angeles, CA, 2001

22. Analysis of Acrogranin Expression in Malignant Breast and Ovarian Epithelium. **C.D. Donald**, P. Chandham, S.D. Lim, C. Cohen, M.B. Amin, G. Gerton, F.F. Marshall, and J.A. Petros. Winship Cancer Institute, Department of Pathology and Department of Urology, Emory University School of Medicine, Atlanta, GA 30335; University of Pennsylvania, Philadelphia, PA, 2001

23. Base Excision DNA Repair (BER) is Reduced in Parkinson's Diseased Brain Tissue. G.E. Kisby[a], J. Zalenka[a], **C.D. Donald**[b] and Y. W. Kow[b].  [a]Center for Research on Occupational and Environmental Toxicology, Oregon Health Sciences University, Portland, OR 97201; [b]Department of Radiation Oncology, Emory University School of Medicine, Atlanta, GA 30335., 1999

24. Base Excision DNA Repair (BER) is Reduced in the Brain of Aging Primates. S.G. Kohama[a], G.E. Kisby[b], J. Zalenka[b], **C.D. Donald**[c] and Y. W. Kow[c]. [a]Oregon Regional Primate Center, [b]Center for Research on Occupational and Environmental Toxicology, Oregon Health Sciences University, Portland, OR 97201; [c]Department of Radiation Oncology, Emory University School of Medicine, Atlanta, GA 30335., 1999

25. Decreases in levels of hMTH1 mismatch repair protein in brain of Alzheimer's and age-related patients.  **C.D. Donald**[a], G. Kisby[b] and Y.W. Kow[a].  [a]Emory University School of Medicine, Department of Radiation Oncology, Atlanta, GA 30335; [b]Oregon Health Sciences University, Portland, OR 97201., 1999

26. Differences in repair of tandem oxidative damage lesions by endonuclease III homologs. **Donald CD**, Venkataraman R, You HJ, Doetsch PW, Roy R and Kow YW.  Clin Cancer Res. 1999 Nov; 5(11 Suppl).

27. Differences in substrate specificity of Ntg1 and Ntg2 proteins for repair of oxidative DNA damage.  **C.D. Donald** and Yoke Wah Kow.  Emory University School of Medicine, Department of Radiation Oncology, Atlanta, GA 30335.  1999

28. New mechanism of repair of tandem lesions generated by oxidative DNA damage.  **C.D. Donald** and Y.W. Kow.  Emory University School of Medicine, Department of Radiation Oncology, Atlanta, GA 30335.  1999

29. Identification of Novel Downstream Targets of Methylation-Mediated Gene Inactivation. K. Conway, **C.D. Donald**, C.M. Bowring, and P.M. Vertino.  Emory University School of Medicine, Atlanta, GA 30335. 1998

30. Detection and quantification of AP sites in oxidative DNA damage by a new method: the direct Aldehyde Reactive Probe (ARP) assay.  A. Dare, **C.D. Donald**, and Y.W. Kow.  Department of Radiation Oncology, Atlanta, GA 30335. 1998

31. Quantifying N-thymine gycosylase (endo III) sensitive-sites in oxidative DNA damage using the ARP assay.  Akintande Dare, **C.D. Donald**, and Y.W. Kow.  Emory University School of Medicine, Department of Radiation Oncology, Atlanta, GA 30335. 1998

32. The Effects of Dibutyral 3'-5' Cyclic Adenosine Monophosphate (DbcAMP) Treatment on Connexin 43 Expression in Dunning Rat Prostate Cell Clones.  S. Williams[a], **C.D. Donald**[b], L. Faulcon[a], D. Cooke, III[c], and S. Murray[a].  [a]Department of Cell Biology and Physiology, University of Pittsburgh School of Medicine, Pittsburgh, PA 15261; [b]Department of Biological Biological Sciences, Clark Atlanta University, [c]Biology Department, Morehouse College, Atlanta, GA 30314.  1997

33. Analysis of Cytoskeletal Protein Composition and Distribution in Prostate Cancer.  **C.D. Donald** and D.B. Cooke, III.  Departent of Biological Sciences, Clark Atlanta University,

Atlanta, GA 30314; Department of Biology, Morehouse College, Atlanta, GA 30314. 1996

34. Effects of Differentation on Adhesion in the Dunning R-3327 Rat Prostatic Adenocarcinoma System to the Extracellular Matrix. **C.D. Donald** and D.B. Cooke, III. Department of Biology, Clark Atlanta University; Department of Biology, Morehouse College, Atlanta, GA, 30314. Second Annual Student Scientific Research Symposium, Clark Atlanta University, 1995, first place.

35. Invasive Potential and Substrate Dependence of Attachment in the Dunning R-3327 Rat Prostatic Adenocarcinoma System. **C.D. Donald** and D.B. Cooke, III. Department of Biology, Clark Atlanta University; Department of Biology, Morehouse College, Atlanta, GA, 30314. First Annual Student Scientific Research Symposium, Clark Atlanta University, 1994, first place.

36. The Effects of Fibronectin on Invasive Potential in Prostate Cancer. **C.D. Donald** and D.B. Cooke, III. Department of Biological Sciences, Clark Atlanta University, Atlanta, GA 30314; Department of Biology, Morehouse College, Atlanta, GA 30314. 1993

37. Effects of intracellular glutathione on sensitivity of Escherichia coli to mercury. **C.D. Donald**[a], L.M. Latinwo[a], and S. Silver[b]. [a]Department of Biology, Florida A & M University, Tallahassee 32307; [b]Department of Microbiology, University of Illinois at Chicago, Chicago, IL 60680. 1992

**Invited Speaker**

1. American Association for Cancer Research Annual Meeting, 2008
2. Us Too Prostate Cancer Education and Support Group, Charleston, SC, 2006
3. University of Delaware, Department of Biological Sciences, Newark, DE, 2006
4. Tuskegee University, Department of Biological Sciences, Tuskegee, AL, 2005
5. Minority Investigator Career Development Workshop, Palm Desert, CA, 2004
6. Morehouse College, Biology Department, Atlanta, GA, 2004
7. Spelman College, Department of Biology, Atlanta, GA, 2003
8. National Institute of Environmental Health Sciences, Research Triangle Park, NC, 2003
9. North Carolina Central University, Biomed/Biotech Research Institute, Durham, NC, 2003
10. National Black Graduate Student Association Annual Meeting, Atlanta, GA, 2003
11. Tuskegee University, Department of Biological Sciences, Tuskegee, AL, 2002