1  Alana C. Mannigé (CA SBN 313341)
   mannige@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Telephone: (650) 839-5070 | Facsimile: (650) 839-5071
4
   Attorneys for Plaintiff
5  PHIGENIX, INC. and THIRD-PARTY DR. CARLTON DONALD

6  Benjamin K. Thompson (*Pro Hac Vice*)
   thompson@fr.com
7  FISH & RICHARDSON P.C.
   1180 Peachtree Street, NE, 21st Floor
8  Atlanta, GA 30309
   Telephone: (404) 892-5005 | Facsimile: (404) 892-5002
9
   Matthew C. Berntsen (*Pro Hac Vice*)
10 berntsen@fr.com
   FISH & RICHARDSON P.C.
11 One Marina Park Drive
   Boston, MA 02210
12 Telephone: (617) 542-5070 | Facsimile: (617) 542-5906

13 Attorneys for Plaintiff
   PHIGENIX, INC.
14

15                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16                          (SAN JOSE DIVISION)

17 PHIGENIX, INC.,                          Case No. 5:15-cv-01238-BLF

18                  Plaintiff,              **[PROPOSED] ORDER DENYING
                                            GENENTECH, INC.'S MOTION TO JOIN
19        v.                                DR. CARLTON DONALD UNDER FED. R.
                                            CIV. P. 19**
20 GENENTECH, INC.,
                                            DATE:    December 7, 2017
21                  Defendant.              TIME:    9:00 a.m.
                                            CTRM:    Courtroom 3 – 5th Floor
22

23

24        On September 6, 2017, Genentech, Inc. ("Genentech") filed its Motion to Join Dr. Carlton

25 Donald Under Fed. R. Civ. P. 19.  Having considered Genentech's Motion, Phigenix's and

26 Dr. Donald's Opposition, and supporting documents thereto, and good cause appearing therefor,

27 / / /

28 / / /

1    **IT IS HEREBY ORDERED** that Genentech's Motion to Join Dr. Carlton Donald is
2    DENIED.

      _____
      Hon. Beth Labson Freeman
      United State District Court