| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | MATTHEW I. KREEGER (CA SBN 153793) |
| | MKreeger@mofo.com |
| 3 | MATTHEW A. CHIVVIS (CA SBN 251325) |
| | MChivvis@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | GENENTECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PHIGENIX, INC., | | Case No.   C 15-01238 BLF |
| Plaintiff, | | **DECLARATION OF MATTHEW A. CHIVVIS IN SUPPORT OF DEFENDANT GENENTECH, INC.'S REPLY IN SUPPORT OF ITS MOTION TO JOIN CARLTON DONALD UNDER FED. R. CIV. P. 19** |
| v. | | |
| GENENTECH, INC., | | |
| Defendant. | | Date: December 7, 2017 |
| | | Time: 9:00 a.m. |
| | | Ctrm:    Courtroom 3 – 5th Floor |

1  I, Matthew A. Chivvis, declare as follows:

2  1. I am a partner with the law firm Morrison & Foerster LLP, counsel for Genentech, Inc. in the above-captioned action. I am licensed to practice law in the State of California and admitted in this District. I submit this declaration in support of Genentech's Reply in Support of its Motion to Join Carlton Donald Under Federal Rule of Civil Procedure 19. I have personal knowledge of the matters stated herein or am informed of the matters from a member of Morrison & Foerster LLP's litigation team. If called as a witness, I could and would testify competently about the matters stated herein.

3  2. Attached as **Exhibit 1** is an excerpt of a true and correct copy of the deposition of Dr. Carlton Donald, taken on December 2, 2016.

4  3. Attached as **Exhibit 2** is a true and correct copy of an October 17, 2017 email exchange between Benjamin Thompson, counsel for Phigenix and myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October 2017 at San Francisco, California.

*/s/ Matthew A. Chivvis*
Matthew A. Chivvis

CHIVVIS DECLARATION RE: GENENTECH'S REPLY TO MOT. TO JOIN C. DONALD UNDER FED. R. CIV. P. 19
CASE NO. C 15-01238 BLF
sf-3834740

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Matthew A. Chivvis concurs in this filing.

Dated: October 25, 2017                /s/ Michael A. Jacobs
                                              MICHAEL A. JACOBS

CHIVVIS DECLARATION RE: GENENTECH'S REPLY TO MOT. TO JOIN C. DONALD UNDER FED. R. CIV. P. 19
CASE NO. C 15-01238 BLF
sf-3834740

2