# Exhibit 2

| | |
|---|---|
| **From:** | Benjamin K. Thompson |
| **To:** | Chivvis, Matthew Alan; Matthew Berntsen; Alana Mannige |
| **Cc:** | Phigenix_GENE_MoFo_Internal |
| **Subject:** | RE: Phigenix/Genentech -- joinder motion oppo |
| **Date:** | Tuesday, October 17, 2017 1:34:15 AM |

---

**- External Email -**

---

Matthew,

Thank you for your email. As your email notes, the diagram referenced in Dr. Donald's declaration is already in Genetech's possession.  I am currently unaware of any additional responsive, non-privileged, relevant documents in Phigenix's possession that have not been produced.  Also, Phigenix's oppositions to Genentech's outstanding motions do not intend to, nor do they contain disclosures sufficient to, waive any attorney-client, or other applicable privilege.

Thanks,
Ben

**From:** Chivvis, Matthew Alan [mailto:MChivvis@mofo.com]
**Sent:** Tuesday, October 17, 2017 9:39 AM
**To:** Benjamin K. Thompson <BThompson@fr.com>; Matthew Berntsen <berntsen@fr.com>; Alana Mannige <mannige@fr.com>
**Cc:** Phigenix_GENE_MoFo_Internal <Phigenix_GENE_MoFo_Internal@mofo.com>
**Subject:** Phigenix/Genentech -- joinder motion oppo

Ben,

In ¶ 8 of Dr. Donald's declaration in support of Phigenix's opposition to Genentech's motion to join (ECF No. 415-4), he discusses the work he did "with Phigenix's lawyers at Andrew[s] Kurth" prior to filing this lawsuit.  Dr. Donald specifically mentions a scientific diagram explaining how he "believed KADCYLA actually worked," attached to a letter to Genetech about licensing.  Dr. Donald's declaration further states he advised on "scientific aspects (like the diagram)" during this pre-suit phase.

Please re-confirm that Phigenix has not produced (and is not producing in conjunction with its opposition) any documents that reflect this pre-suit work Dr. Donald conducted (except the letter to Genentech).  We note that Phigenix's amended privilege log dated June 10, 2016 states that pre-suit correspondence between Dr. Donald and Phigenix's counsel about "patent licensing," "intellectual property protection," "potential litigation," and "infringement analysis for potential patent litigation" were withheld as privileged.  (*See, e.g.*, Log Entry Nos. 213-273.)  Please also re-confirm that Phigenix does not intend to waive privilege over any of these entries.

We'd appreciate a response by end of day tomorrow.

Matthew

---

**Matthew A. Chivvis**
Partner | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-7307  **E:** mchivvis@mofo.com
mofo.com | LinkedIn | Twitter

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

*****************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*****************************************************************************