# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PHIGENIX, INC.,

    Plaintiff,

v.

GENENTECH INC,

    Defendant.

Case No. 15-cv-01238-BLF

**AMENDED JUDGMENT**

Pursuant to the Court's order granting in part and denying in part Defendant's motion for summary judgment (ECF 391); the Court's order granting in part and denying in part without prejudice Defendant's motion for an exceptional case finding and award of attorneys' fees, and granting Defendant's motion to join Dr. Carlton Donald (ECF 442); and the Court's order granting in part and denying in part motion for award of attorney fees against Dr. Donald and determination of fee amount (ECF 479),

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Genentech, Inc. and against Plaintiff Phigenix, Inc.  Based on the Court's determination of exceptional case status, Plaintiff Phigenix, Inc. shall pay Defendant Genentech, Inc. $1,756,764.49 in attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 7, 2019

_____
BETH LABSON FREEMAN
United States District Judge